RECEIVED

OCT 23 2024

CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

1

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
### Duluth, Minnesota

St Louis County
State of Minnesota

Plaintiff
Shivsaywack Singh
Vs
Defendant
Minmor Olympak Industries Etl
Olympak 847 Howe Ave, Mora, MN 55051     Minmor Industries 6010 Earle Brown Dr, Minneapolis, MN 55430,

Case: Civil Rights
Case Number:
$24-CV-4010$
Mixed Jury Trial Demanded under Rule 26
$ECT|LIB$

Plaintiff Shivsaywack P. Singh brings this action of suing for violations of his civil rights contained in  42 U.S.C.§§  1964, American Disabilities Act of 1990,  Minnesota Human Rights Act Stat. §§ 363A.01 et seq. And Recovery of Attorney fees of 42 U.S.C §§ of 1988.

Parties: Plaintiff is a United States Citizen, a resident of Minnesota, employed by the Minmor Olympak Industries

Defendants
Mark Miner President of company, Kim Miner Vice-President, John Miner the Owner of Miner Industries, Kevin Grau the General Manager, Julian Grey the Plant Manager, Amy Kuhn the Human Resources Personnel, Lee Kasperson the maintenance, Wendy Kocon in Human Resources, Lee Molstre manager and supervisor, Rick Fruit manager and supervisor, Jeff Witman manager,
Minmor Olympak Industry is organized to do printing and packaging and other printing jobs under the state of Minnesota

## 1.JURISDICTION

This court has jurisdiction in this matter, this court is within the location of where this violation has occurred. The Plaintiff invokes the pendant claim over all state claims.
The amount in controversy is in excess of $50,000.

The Court has authority over these Plaintiff claims 42 U.S.C. 1964, and 1990, and Minnesota Human Rights,

## 2. CONDUCT GIVING RISE TO CIVIL CLAIMS

See paragraphs #1-#23 and Exhibits #1-#47 and any additional Exhibits Supplemental

Paragraph #1
Shivsaywack P. Singh Plaintiff is employed at Minmor Olympak Industries from April 19, 2020 to until his Medical Leave of Absence on June 19, 2024 from his Surgery Rotator cuff injury suffered at work from a fall August 3, 2023. Singh started work as a Janitor title from April 25, 2020 to early part of January 2023. It all started with Amy Kuhnz the Human Resources Personnel, somewhere around December 22, 2022, taking Shivsaywack into the conference room with Grey Julian the Plant Manager that Plaintiff is required to have a physical report stating he is able to work 12 hours of heavy physical shift, and plaintiff has to have Occupational Therapist be present with Shivsaywack on the Job to see if Shivsaywack can perform the functions of the role, and the job duties. The Occupational therapist has to be there with Plaintiff for 12 hours, taking notes, and making recommendations about Shivsaywack's performance.  Ofcourse, Amy said that Plaintiff would have to pay for all of these expenses out of his own pocket, which would cost thousands of dollars. Plaintiff objected to this request. Julian Grey, the Plant Manager was there, he should have spoken up and said no to this, he has the authority and power and should have known that this action is against terms, and could've stopped this bombardment of further actions about to develop. An email was sent to Kevin Grau about this, see below Exhibits:

SCANNED

OCT 24

U.S. DISTRICT COURT DULUTH

2

## Exhibits #1

### Question
2 messages

Shivsaywack Singh <singhshivsaywack@gmail.com>                                    Sun, Dec 25, 2022 at 9:22 AM
To: kgrau@olympak.com

Hello Kevin,

Amy was requesting all of a sudden medical doctor work release and occupational therapy notes for me to start working. Is this the new standard requirement as I was just at my physical and did not have any work restrictions. I have not sustained any injuries on the job and not sure why this would be a requirement for me to work. What reason would I be required to have all this documentation and have occupational therapist come out and review the area of where I would be working at?

I am looking forward to starting on the 2nd without delay. Maybe there is a miscommunication happening?

Please let me know if there is anything I need to provide to you, as I already messaged my doctor and because of holidays, otherwise I would have my documentation already. I know some applicants waiting for the vacancies that would do a wonderful job. But is everyone starting going to be required to have physical paperwork and occupational therapist specifics before they start work?

Kevin Grau <kgrau@olympak.com>                                                   Tue, Dec 27, 2022 at 11:02 AM
To: Shivsaywack Singh <singhshivsaywack@gmail.com>

I think there was a miscommunication.
Please call in and speak with Grey and Amy to work out the details of your new shift.

Thanks,

Kevin Grau
General Manager
o. 763.504.6108 | c. 859.479.7067
e. kgrau@olympak.com
w. www.olympak.com
Our Mission: Making People Smile
[Quoted text hidden]

"Hello Kevin,

Amy was requesting all of a sudden medical doctor work release and occupational therapy notes for me to start working. Is this the new standard requirement as I was just at my physical and did not have any

work restrictions. I have not sustained any injuries on the job and not sure why this would be a requirement for me to work. What reason would I be required to have all this documentation and have

occupational therapist come out and review the area of where I would be working at?

I am looking forward to starting on the 2nd without delay. Maybe there is a miscommunication happening?

Please let me know if there is anything I need to provide to you, as I already messaged my doctor and because of holidays, otherwise I would have my documentation already. I know some applicants waiting

for the vacancies that would do a wonderful job. But is everyone starting going to be required to have physical paperwork and occupational therapist specifics before they start work?

Kevin Grau <kgrau@olympak.com> Tue, Dec 27, 2022 at 11:02 AM

To: Shivsaywack Singh <singhshivsaywack@gmail.com>

I think there was a miscommunication.

Please call in and speak with Grey and Amy to work out the details of your new shift.

Thanks,"

The defendant has no policies for hiring or transferring in the policy about this. There have been many people who have gotten injured on the job, and all that was required was a statement from the doctor that they can return to work with or without restrictions. Around November 2022, the defendant has Bilateral foot drops, he wears braces and because of his mobility, he asked Mark Miner if he can park his vehicle at the rear of the building, which is closer to the building, to allow ease of access without snow or ice, to prevent falling. Mark Miner gave verbal permission at this time to park under, with all the icy conditions. The wall to hold onto and walk safely into the job floor. Sometime around March 2023, Amy came with Supervisor Lee Molstre and told Plaintiff that Shivsaywack can no longer park his vehicle at the rear, stating that everyone has to park in front of the building, Plaintiff informed Amy and Lee that Mark Miner gave permission, and Amy said "she knows that." So Shivsaywack had to move his vehicle to the front with no shelter, meanwhile all the other white

workers were allowed to park under the dock eves, (shelter) and they had no disabilities. Amy had taken no action or said any statements for them to move their vehicles. Amy had an interview with a man with hearing aid disabilities prior to May 2023, and other employees overheard her talking about not hiring the individual as she did not want people with hearing aids in any positions, even if they are capable of doing the job roles because of their disabilities.

Paragraph #2

There are many days working in the gluing department, no work was to be done, no jobs, some of the workers would ask to clean machines and other areas, some of the workers would stay and do the cleaning, others would not clean, and would take PTO personal time off and refuse to clean. Plaintiff Shivsaywack would stay and clean the area, and mop, etc. Sometimes Lee Molstre would pull Shivsaywack off the jobs, and had Plaintiff clean bathrooms, and the other Janitor would not show up for 4-6 days, then require Plaintiff to go and clean bathrooms. Lee would pull the plaintiff to paint his office, which is out of job title. The manager Kevin Grau came up to Plaintiff, when you are not busy, could you remove all these pallets, and metal racks on the floor, any piles of papers, and anything outside of tubs, meant to be put away, so people could not fall on the stuff. Plaintiff did as the General Manager Grau said. Then Lee Molstre would be angry with Plaintiff for following the orders of what the General Manager asked of the Plaintiff.   Matt Smith (same department co-worker) had one line running in the folding and gluing department. The supervisor Marty Goodlock asked Plaintiff to help clean up the machines, and vacuum as there is not enough work for the crew to do. Plaintiff started to vacuum the machines, and here Matt Smith came to unplug the vacuum cleaner and walked away. Plaintiff let this go, thinking it might be mistaken for humor. Again Matt Smith unplugged the vacuum, and plaintiff let it go to keep the peace. A third time Matt Smith unplugged and took the vacuum away and threw it aggressively 10 feet away and this time, Shivsaywack stood up and said not to be bullying him, this is a form of workplace bullying. Plaintiff left, and went to see Grey Julian, and Mark Miner was there with a client. Plaintiff wanted to talk to Grey Julian about this bullying by Matt Smith. Plaintiff said would sit in the dining room until the meeting with the client is over. During the time of two hours waiting, the supervisor Marty Goodlock never came and asked about what happened, nor did he come to ask about what happened.  Plaintiff talked to Grey Julian, and Grey said go back and vacuum and do the work that was asked of you. Plaintiff went to return to vacuum, and Matt Smith had his hands on the vacuum and stopped and prevented Plaintiff from working. Plaintiff asked "sir, are you preventing me from doing my work?" Matt Smith replied, who gave you permission to vacuum?, I am telling you, you cannot vacuum!" in a violent tone. He took the vacuum away. Obviously the man was provoking a physical confrontation. Plaintiff asked Grey Julian again what to do, and Grey responded with go back to vacuum. Plaintiff is confused why Grey keeps sending him back to work with a guy who keeps provoking trouble.  Plaintiff returned and vacuumed. About 5pm in the evening, Matt Smith took all the cardboards and papers to catch the glue, and catch all the excess glue, replacing the cardboards the same way they were on the machine. Matt Smith pulled off the cupboards with rage, and anger. Matt Smith was pissed and wanted to fight, had Plaintiff not had a high degree of tolerance, there could have been a lot of trouble if this was done to another person with a lesser degree of tolerance, they would have had a fight broken loose. This incident took place Saturday March 18, 2023. A follow-up with Amy Kuhnz and Lee Molstre was on March 28, 2023 where they had the Plaintiff sign a paper for if this incident goes on, that the Plaintiff would need to see counseling. What counseling would be needed for a person who wants to fight? If anything they could have given a document that says "we gave permission for Shivsaywack to vacuum" and this could have been easily resolved. Amy and Lee said they would transfer both Matt and Plaintiff to different shifts. This would later take place 2 months later, and there was no follow-up or any other immediate actions.

Paragraph #3

While working in that department a lot of lawlessness would be happening. Alot of vulgar interactions with fuck would be in use, nigger, cunt, middle fingers, bitch, fucking whore, and screaming at the plaintiff to see if the plaintiff reacts, or knew what these interactions meant. You are a fuck, whose dildo would be busted", bend over and suck my dick, and all kinds of other vulgars. A lot of resentment against Lee Molstre, who was said to be over 500-600 lbs, said lazy, and complained he received the job because of family ties, would not help, and not do any work, because his father in law and mother in law worked there, daughter etc. Marty Goodlock would start screaming on Sunday, would say "who the fuck he thinks he is coming in and giving me orders? That goddamn Nigger! Other departments that the Plaintiff has worked in do not condone or behave in such behavior. Two of the male workers complained to me, Shivsaywack "if this was another place of employment, these workers would have been fired, and they were put out by the frequent reports of Nigger phrases because their wives and kids were black, their wives sisters and so forth are black. They complained to Plaintiff that the

4

other guys are prejudiced, and discriminatory, and that the Plaintiff should take action. So they called the Plaintiff in, and sometime around May 2023, Lee Molstre came to Shivsaywack and wanted to do a follow-up about Matt Smith, yet instead Lee Molstre, called Plaintiff in with Julian Grey, and complained about what the work was, which in fact Lee was the one who gave the work to do. So the supervisor is now changing the tune, stating that the Plaintiff was picking and choosing about job duties. The plaintiff was confused because literally Lee Molstre pulls the plaintiff and tells him these tasks to do. Lee complained that boxes are not being removed fast enough, that machines are not properly working, when in fact thousands of boxes are broken down used machines, and the machines do break down or become out of alignment, and that chisels need to be corrected. Complaining that a few small boxes were not correctly done, mixed up and returned. Lee is trying to use the plaintiff as an escape goat to make it look like Lee Molstre is doing his job.  Plaintiff made it plain and clear, this is what the supervisor Lee Molstre tells me to do and I do that work, doing all tasks, if feeding needs to be done, Plaintiff is a feeder, but then they would want Plaintiff to do packaging, even though that is not apart of his tasks, he would follow what the supervisor tells him. Each morning with Marty, assigns the assignments and tasks that need to be done, the plaintiff is there for "how may I be of help?". Matt Smith would hide the chisel, and prevent the Plaintiff from working. Supervisor tells Plaintiff to do something with Matt Smith, then he would say he doesn't need the plaintiff's work. The supervisor would be fine. The plaintiff would go help with other areas based on what the supervisors tell him to do, and then Matt Smith would get jealous because talking to other people.

Paragraph #4

Anyway, sometime around May 2023, upon emailing Kevin Grau about the latest incident, now Amy Kuhnz has written up the Plaintiff for stealing company property. See email:

Exhibits #2

 Gmail

Shivsaywack Singh <singhshivsaywack@gmail.com>

**Important Matter**
3 messages

Shivsaywack Singh <singhshivsaywack@gmail.com>                              Thu, May 25, 2023 at 11:35 PM
To: mark@olympak.com

Dear Mark,

I am having serious problems at work regarding systematic discrimination that stems openly from multiple co-workers in the work environment creating massive hostility. This includes Amy and Lee along with many others, and I have exhausted my communication with Kevin Grau as well, to no avail have not seen or heard anything being done about these situations Kevin could have contacted me any time since last Tuesday, instead he has left and ignored the problem. I have approached Kevin multiple times, and continuously the situations have been ignored. I would like to meet with you the president in person before Saturday at 6:00pm to address these issues as I will no longer communicate with Kevin who refuses to contact me since last Tuesday, or I will be forced to file a case of discrimination 42-USC 1964 title 7 and the American Disability Act. This is because I am being singled out due to age, medical, and racial discrimination. This ongoing harassment needs to stop. You are the final person I am contacting to resolve this matter of administration process for remedy. At work theres many lawless situations where medical records are being asked for, the frequent terms of the words "sex slurs, whore, hooker, blowjob, fuck words, racial slurs, nigger and bend over, and many more" is used openly and very frequently, specifically the "nigger" in my presence, these racial slurs employees are talking about even have been placed using my name that "Chevy I am about to get a blowjob until you came over and stopped me from getting a blowjob" blowjobs recieving and giving are talked about in my presence. We will not tolerate this ignorance of harassment, discrimination any longer. As such Amy has singled myself out asking for medical papers that do not pertain to anything. Amy has also told many people that she is against people just because they wear hearing aids, she has disregarded a neutral stance, intentionally discriminates openly, I am receiving papers now upon calling me a thief. Everyone in Olympak will be required on the same shift to be testified and depositioned about who said what in this attempt at a conspiracy to undermine the defendants and never give any opportunity to be heard. Again I am stressing how critical this matter is, and needs to be resolved

Shivsaywack Singh "Chevy"

Mail Delivery Subsystem <mailer-daemon@googlemail.com>                      Thu, May 25, 2023 at 11:36 PM
To: singhshivsaywack@gmail.com

**Message blocked**

Your message to **mark@olympak.com** has been blocked. See
technical details below for more information.

On May 26, 2023 they asked Plaintiff to go help Matt Smith for Pizza boxes to be folded, Plaintiff took the waste container, and put it near the jobsite where the excess cardboards away, the cuttings off. Matt Smith took the drum container and threw it against the wall with rage, causing another verbal argument, and the Plaintiff from the beginning told Lee Molstre not to put him with Matt Smith, knowing that there was a previous confrontation, and that Matt Smith openly does not like the plaintiff because of his color. Plaintiff walked away, and informed Lee Molstre that enough is enough and take this matter with the EEOC, see email:



 Gmail                              Shivsaywack Singh <singhshivsaywack@gmail.com>

**Inquiry #**
1 message

Shivsaywack Singh <singhshivsaywack@gmail.com>                              Tue, May 23, 2023 at 9:51 PM
To: tremayne tech <tremayne.techpro@gmail.com>

inquiry number **444-2023-01834** and refer to it when contacting the EEOC.

this is intentional discrimination, nothing has been done at all, and shield and take sides because Matt Smith is white, letting him know that Plaintiff will be emailing Mark Miner about this situation. See email:

6

Exhibits #3

 Gmail

Shivsaywack Singh <singhshivsaywack@gmail.com>

---

**Matter of Importance**
3 messages

---

Shivsaywack Singh <singhshivsaywack@gmail.com>
To: mminer@mellowsmello.com

Fri, May 26, 2023 at 3:50 PM

Dear Mark,

I am having serious problems at work regarding systematic discrimination that stems openly from multiple co-workers in the work environment creating massive hostility. This includes Amy and Lee along with many others, and I have exhausted my communication with Kevin Grau as well, to no avail have not seen or heard anything being done about these situations Kevin could have contacted me any time since last Tuesday, instead he has left and ignored the problem. I have approached Kevin multiple times, and continuously the situations have been ignored. I would like to meet with you the president in person soon to address these issues as I will no longer communicate with Kevin who refuses to contact me since last Tuesday, or I will be forced to file a case of discrimination 42-USC 1964 title 7 and the American Disability Act. This is because I am being singled out due to age, medical, and racial discrimination. This ongoing harassment needs to stop. You are the final person I am contacting to resolve this matter of administration process for remedy. At work theres many lawless situations where medical records are being asked for, the frequent terms of the words "sex slurs, whore, hooker, blowjob, fuck words, racial slurs, nigger and bend over, and many more" is used openly and very frequently, specifically the "nigger" in my presence, these racial slurs employees are talking about even have been placed using my name that "Chevy I am about to get a blowjob until you came over and stopped me from getting a blowjob" blowjobs recieving and giving are talked about in my presence. We will not tolerate this ignorance of harassment, discrimination any longer. As such Amy has singled myself out asking for medical papers that do not pertain to anything. Amy has also told many people that she is against people just because they wear hearing aids, she has disregarded a neutral stance, intentionally discriminates openly, I am receiving papers now upon calling me a thief. Everyone in Olympak will be required on the same shift to be testified and depositioned about who said what in this attempt at a conspiracy to undermine the defendants and never give any opportunity to be heard. Again I am stressing how critical this matter is, and needs to be resolved.

Shivsaywack Singh "Chevy"

---

Mail Delivery Subsystem <mailer-daemon@googlemail.com>
To: singhshivsaywack@gmail.com

Fri, May 26, 2023 at 3:50 PM

**Address not found**

Your message wasn't delivered to
**mminer@mellowsmello.com** because the domain
mellowsmello.com couldn't be found. Check for typos or
unnecessary spaces and try again.

Amy again causing uproar on the Tuesday before calling plaintiff into the office, call and presenting a written warning to Plaintiff and read stating that Shivsaywack was taking away company property, that there are witnesses and items are stolen. Plaintiff inquired what was taken? Amy said a piece of pipe was taken, and nodded her head plus the items in a box over there were taken from the company property. A box that was removed out of the Janitors closet office, in which the Plaintiff had items placed in. Plaintiff said wait a minute here, these were discarded items given to the Plaintiff in which certain individuals gave me these items accumulated from a worker named Jodie, her boss David, told her to throw the calculator away, or give them away as they no longer worked, a broken calculator, also a broken respirator from Marty Goodlock, "if you want this you can have it or it is in the garbage". Marty Goodlock said "be careful since this item could have COVID, don't know who could have used it." Shane Car said if you change up the filters you can keep it. Once again pulled off of job when the housekeeper was not there, 25-3000 pieces dumped ink and towels with fumes of printed ink. An old stereo, a cassette and radio in the trash, asked Alicia Grandroot, compliance officer coming back from smoke break by the garbage, the plaintiff asked Alicia "this was in the garbage, can I have this?" Alicia responded "yes Shivsaywack if it is in the garbage, it is free for the taking, anyone can have it." An old catalog, 6-7 in the garbage, took one small 10 page catalog to look at and put the items in the box accumulated at different times, and right in the front janitor closet. Again continuously pulled off main role duty to fill in for Carly, always asking around if any items were thrown out, and no one knows if anything is ever missing, no complaints about anything stolen or missing. If the people throwing items out intended to keep it, would not have thrown items all the way down there. There are no postings anywhere in the building, or around the dumpsters, nothing posted, and all the years working here, co-workers always just give the plaintiff items. There have been no policies, even until the last day officially worked, no items ever considered stolen or missing. Items are always being placed out for the public to be taken by anyone. The company gives it away to anyone or it has to go to the landfill and the company would have to pay for it to go to the landfill. The plaintiff always asks, "this is thrown out, and individuals always ask the plaintiff, "of my old fathers deceased clothes, old televisions, dead fathers coat, would you please take it, etc. The brother-in-law, Tim Morris, take this item. This is going to be thrown out, any employees who want this, take it. The pipe was given to the plaintiff by Tim Morris, the brother-in-law of the owner. Tim is always giving the plaintiff items. Plaintiff decides if he can use an item or discard it, has been going on for years. If there was a theft involved, there would have been an immediate issue, and the police would have been involved. This issue was only involved because of my race, and the color of my skin, singled out. Noone else has been given any

document on thieving, nor reported, or asked about any items stolen. A study done in Berkeley University, California done by Dr. John Powell an expert, "Racial profiling is one of the most pressing civil rights issues of our time. It extends beyond. direct victims to negatively affect all persons of color of all generations and income levels. It undermines the legitimacy of the criminal justice system, and hinders effective policing in the communities that need it the most. The assumptions about race and criminality that underlie racial profiling are common throughout our society. It is not only the police, but Americans in general, who assume that most crimes are committed by people of color, and that most people of color are criminals. In one striking example, subjects in a 1995 survey were asked to close their eyes and picture a drug user. Despite the fact that only fourteen percent of illicit drug users in this country are black, when asked to envision a drug user 95% of the survey respondents pictured a black person. Law enforcement policies and practices both derive from and reinforce these stereotypes. The policies maybe explicit,. as when an agency's "drug courier profile" designates racial characteristics as part of the profile, or they may be informal policies or implicitly encouraged practices. For example, policies and practices associated with the "war on drugs" have consistently targeted people of color, despite the fact that most illicit drug users are white. These racially discriminatory policies and practices include the widespread targeting of drivers of color for traffic stops that are actually a pretext to give officers the opportunity to search the vehicle, and the focus of police drug units on low level street dealers in neighborhoods with high concentrations of people of color. Such policies have led to skyrocketing imprisonment rates for people of color since the early 1980s. And in turn, the mass incarceration of people of color reinforces the public perception of criminals as people of color, and of people of color as criminals."

Amy removed and searched the Plaintiffs things and opened the box secretly and over two months had the items, based on race, and had no reasonable suspicion, no reasonable wrongs or any probable causes as there was no reports of anything missing, the Plaintiff and Carly the janitor had wondered who had removed the stuff, but the plaintiff did not mind as the things were originally discarded. So the plaintiff disputes the warning and wrote on the paper that he disagrees and this is all refuse, and of course Kevin Grau knew all about this, as he had to write up the plaintiff. Since Kevin knew this was going to happen, when plaintiff had asked to talk to Kevin Grau, to present his side, Kevin had ignored the issues since Tuesday plus, and obviously giving an ok for Amy to confront these matters. When no contact with Kevin Grau was possible, the Plaintiff asked for Mark Miners email contact. Then the Plaintiff had been trying to reach out to Mark Miner via email, and to no avail wrote an email to forward the issues that the Plaintiff had to Kevin Grau to forward the email to Mark Miner himself on May 26, 2023. See below:

*"Dear Mark,*
*I am having serious problems at work regarding systematic discrimination that stems openly from multiple co-workers in the work environment creating massive hostility. This includes Amy and Lee along with*
*many others, and I have exhausted my communication with Kevin Grau as well, to no avail have not seen or heard anything being done about these situations Kevin could have contacted me any time since*
*last Tuesday, instead he has left and ignored the problem. I have approached Kevin multiple times, and continuously the situations have been ignored. I would like to meet with you the president in person*
*soon to address these issues as I will no longer communicate with Kevin who refuses to contact me since last Tuesday, or I will be forced to file a case of discrimination 42-USC 1964 title 7 and the American Disability Act. This is because I am being singled out due to age, medical, and racial discrimination. This ongoing harassment needs to stop. You are the final person I am contacting to resolve this matter of*
*administration process for remedy. At work theres many lawless situations where medical records are being asked for, the frequent terms of the words "sex slurs, whore, hooker, blowjob, fuck words, racial*
*slurs, nigger and bend over, and many more" is used openly and very frequently, specifically the "nigger" in my presence, these racial slurs employees are talking about even have been placed using my*
*name that "Chevy I am about to get a blowjob until you came over and stopped me from getting a blowjob" blowjobs recieving and giving are talked about in my presence. We will not tolerate this ignorance of*
*harassment, discrimination any longer. As such Amy has singled myself out asking for medical papers that do not pertain to anything. Amy has also told many people that she is against people just because*
*they wear hearing aids, she has disregarded a neutral stance, intentionally discriminates openly, I am receiving papers now upon calling me a thief. Everyone in Olympak will be required on the same shift to*
*be testified and depositioned about who said what in this attempt at a conspiracy to undermine the defendants and never give any opportunity to be heard. Again I am stressing how critical this matter is, and*
*needs to be resolved.*
*Shivsaywack Singh "Chevy""*

*Dear Mark,*

The latest incident continues to occur, even yesterday May 26, 2023 again racial discrimination. No reasonable actions have been taken to prevent the furtherance of
the said acts. I am having serious problems at work regarding systematic discrimination that stems openly from multiple co-workers in the work environment
creating massive hostility. This includes Amy and Lee along with many others, and I have exhausted my communication with Kevin Grau as well, to no avail have not
seen or heard anything being done about these situations Kevin could have contacted me any time since last Tuesday, instead he has left and ignored the problem. I
have approached Kevin multiple times, and continuously the situations have been ignored. I would like to meet with you the president in person soon to address
these issues as I will no longer communicate with Kevin who refuses to contact me since last Tuesday, or I will be forced to file a case of discrimination 42-USC 1964
title 7 and the American Disability Act. This is because I am being singled out due to age, medical, and racial discrimination. This ongoing harassment needs to stop.
You are the final person I am contacting to resolve this matter of administration process for remedy. At work theres many lawless situations where medical records are
being asked for, the frequent terms of the words "sex slurs, whore, hooker, blowjob, fuck words, racial slurs, nigger and bend over, and many more" is used openly
and very frequently, specifically the "nigger" in my presence, these racial slurs employees are talking about even have been placed using my name that "Chevy I am
about to get a blowjob until you came over and stopped me from getting a blowjob" blowjobs recieving and giving are talked about in my presence. We will not tolerate
this ignorance of harassment, discrimination any longer. As such Amy has singled myself out asking for medical papers that do not pertain to anything. Amy has also
told many people that she is against people just because they wear hearing aids, she has disregarded a neutral stance, intentionally discriminates openly, I am
receiving papers now upon calling me a thief. Everyone in Olympak will be required on the same shift to be testified and depositioned about who said what in this
attempt at a conspiracy to undermine the defendants and never give any opportunity to be heard. Again I am stressing how critical this matter is, and needs to be
resolved. I continue to make attempts.
Shivsaywack Singh "Chevy"

Exhibits #4

**M** Gmail

Shivsaywack Singh &lt;singhshivsaywack@gmail.com&gt;

**Matter of Importance**
3 messages

Shivsaywack Singh &lt;singhshivsaywack@gmail.com&gt;                                    Fri, May 26, 2023 at 3.50 PM
To: mminer@mellowsmello.com

Dear Mark,

I am having serious problems at work regarding systematic discrimination that stems openly from multiple co-workers in the work environment creating massive hostility. This includes Amy and Lee along with many others, and I have exhausted my communication with Kevin Grau as well, to no avail have not seen or heard anything being done about these situations Kevin could have contacted me any time since last Tuesday, instead he has left and ignored the problem. I have approached Kevin multiple times, and continuously the situations have been ignored. I would like to meet with you the president in person soon to address these issues as I will no longer communicate with Kevin who refuses to contact me since last Tuesday, or I will be forced to file a case of discrimination 42-USC 1964 title 7 and the American Disability Act. This is because I am being singled out due to age, medical, and racial discrimination. This ongoing harassment needs to stop. You are the final person I am contacting to resolve this matter of administration process for remedy. At work theres many lawless situations where medical records are being asked for, the frequent terms of the words "sex slurs, whore, hooker, blowjob, fuck words, racial slurs, nigger and bend over, and many more" is used openly and very frequently, specifically the "nigger" in my presence, these racial slurs employees are talking about even have been placed using my name that "Chevy I am about to get a blowjob until you came over and stopped me from getting a blowjob" blowjobs recieving and giving are talked about in my presence. We will not tolerate this ignorance of harassment, discrimination any longer. As such Amy has singled myself out asking for medical papers that do not pertain to anything. Amy has also told many people that she is against people just because they wear hearing aids. she has deregarded a neutral stance, intentionally discriminates openly, I am receiving papers now upon calling me a thief. Everyone in Olympak will be required on the same shift to be testified and depositioned about who said what in this attempt at a conspiracy to undermine the defendants and never give any opportunity to be heard. Again I am stressing how critical this matter is, and needs to be resolved

Shivsaywack Singh "Chevy"

Mail Delivery Subsystem &lt;mailer-daemon@googlemail.com&gt;                          Fri, May 26, 2023 at 3.50 PM
To: singhshivsaywack@gmail.com



**Address not found**

Your message wasn't delivered to
**mminer@mellowsmello.com** because the domain
mellowsmello.com couldn't be found. Check for typos or
unnecessary spaces and try again.

The response was.

DNS Error: DNS type 'mx' lookup of mellowsmello.com responded with code NOERROR DNS type 'mx' lookup of mellowsmello.com had no relevant answers. DNS type 'aaaa' lookup of mellowsmello.com responded with code NOERROR DNS type 'aaaa' lookup of mellowsmello.com had no relevant answers. DNS type 'a' lookup of mellowsmello.com responded with code NOERROR DNS type 'a' lookup of mellowsmello.com had no relevant answers.

Final-Recipient: rfc822; mminer@mellowsmello.com
Action: failed
Status: 5.4.3
Diagnostic-Code: smtp; DNS Error. DNS type 'mx' lookup of mellowsmello.com responded with code NOERROR
DNS type 'mx' lookup of mellowsmello.com had no relevant answers.
DNS type 'aaaa' lookup of mellowsmello.com responded with code NOERROR
DNS type 'aaaa' lookup of mellowsmello.com had no relevant answers.
DNS type 'a' lookup of mellowsmello.com responded with code NOERROR
DNS type 'a' lookup of mellowsmello.com had no relevant answers.
Last-Attempt-Date: Fri, 26 May 2023 13:50:44 -0700 (PDT)

---------- Forwarded message ----------
From: Shivsaywack Singh &lt;singhshivsaywack@gmail.com&gt;
To: mminer@mellowsmello.com
Cc:
Bcc:
Date: Fri, 26 May 2023 15:50:32 -0500
Subject: Matter of Importance
---- Message truncated ----

Shivsaywack Singh &lt;singhshivsaywack@gmail.com&gt;                                    Sat, May 27, 2023 at 4.17 AM
To: kgrau@olympak.com

Please forward this email to Mark Miner as I am having trouble reaching Mark Miner, please forward immediately without delay. Urgent Matters needs to be addressed.

Page  1  /  2  —  ⊕  +

10

Shivsaywack Singh <singhshivsaywack@gmail.com>
To: kgrau@olympak.com

Please forward this email to Mark Miner as I am having trouble reaching Mark Miner, please forward immediately without delay. Urgent Matters needs to be addressed.

-------- Forwarded message --------
From: **Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
Date: Fri, May 26, 2023 at 3:50 PM
Subject: Delivery Status Notification (Failure)
To: <singhshivsaywack@gmail.com>

 Error icon

**Message blocked**

Your message to **mark@olympak.com** has been blocked. See technical details below for more information.



**Address not found**

Your message wasn't delivered to mminer@mellowsmello.com because the domain mellowsmello.com couldn't be found. Check for typos or unnecessary spaces and try again.

to mminer

Dear Mark,

The latest incident continues to occur, even yesterday May 26, 2023 again racial discrimination. No reasonable actions have been taken to prevent the furtherance of the said acts. I am having serious problems at work regarding systematic discrimination that stems openly from multiple co-workers in the work environment creating massive hostility. This includes Amy and Lee along with many others, and I have exhausted my communication with Kevin Grau as well, to no avail have not seen or heard anything being done about these situations Kevin could have contacted me any time since last Tuesday, instead he has left and ignored the problem. I have approached Kevin multiple times, and continuously the situations have been ignored. I would like to meet with you the president in person soon to address these issues as I will no longer communicate with Kevin who refuses to contact me since last Tuesday, or I will be forced to file a case of discrimination 42-USC 1964 title 7 and the American Disability Act. This is because I am being singled out due to age, medical, and racial discrimination. This ongoing harassment needs to stop. You are the final person I am contacting to resolve this matter of administration process for remedy. At work theres many lawless situations where medical records are being asked for, the frequent terms of the words "sex slurs, whore, hooker, blowjob, fuck words, racial slurs, nigger and bend over, and many more" is used openly and very frequently, specifically the "nigger" in my presence, these racial slurs employees are talking about even have been placed using my name that "Chevy I am about to get a blowjob until you came over and stopped me from getting a blowjob" blowjobs recieving and giving are talked about in my presence. We will not tolerate this ignorance of harassment, discrimination any longer. As such Amy has singled myself out asking for medical papers that do not pertain to anything. Amy has also told many people that she is against people just because they wear hearing aids, she has disregarded a neutral stance, intentionally discriminates openly, I am receiving papers now upon calling me a thief. Everyone in Olympak will be required on the same shift to be testified and depositioned about who said what in this attempt at a conspiracy to undermine the defendants and never give any opportunity to be heard. Again I am stressing how critical this matter is, and needs to be resolved. I continue to make attempts.

Shivsaywack Singh "Chevy"

The response was.

DNS Error: DNS type 'mx' lookup of mellowsmello.com [...] had no relevant answers. DNS type 'aaaa' lookup of mellowsmello.com responded with code NOERROR [...] DNS type 'a' lookup of mellowsmello.com responded with code NOERROR DNS type 'a' lookup of mellowsmello.com

Page 2 / 2 — 🔍 +

Kevin Grau instead, had a meeting with the Plaintiff Wednesday after Memorial day and assured the Plaintiff that if things got into a courtroom, Kevin became belligerent and let the plaintiff know, that if a court is going to happen, that Kevin Grau will go and blackmail Shivsaywack Singh, to bring co-workers to meet the plaintiff in the parking lot at 6 o clock in the evening, and to pretend that Co-workers would be beaten up by the plaintiff. After an argument, then he settled down a little, and started to listen, and wanted to look into the matter. Plaintiff had told everything about Amy and the other matters, that colored people are criminals by default. Kevin Grau tried to pull the old Emmett Till, who was murdered in Mississippi taken out of his uncle's home and brutally murdered on false claims that he whistled on a white lady, and the verdict was made way beforehand, same thing implied, the color of your skin is not white and you have no rights, and you

are never right. Plaintiff had shown Kevin the items that were discarded and given to the plaintiff, and the plaintiff never removed the items. Two guys Matt Smith and Justin Olsen in the presence of Shane Car, told Shane Car, that "Shivsaywack was written up for stealing copper wire!", and that Amy had told them this information leak. Same individuals time after time, always asking the plaintiff, "Chevy you must be a rich man with you stealing everything, what are you stealing today? Two days after the meeting on Wednesday, which is a Friday, the Plaintiff went to get his paycheck around noon with Rhonda the Receptionist, she said "the manager Kevin Grau has the paycheck and wants to see the plaintiff" Upon seeing Kevin Grau, he said he would take care of all these matters, the racial, and the slurs, and take care of everything, that he pulled the warnings out of the file, and the Plaintiff said he wanted a copy of this for his records, because the plaintiff doesn't want a future two week or two months etc. The plaintiff wanted a detailed account attached to the personnel profile, so any avid reader can see that something wrong was done and was taken care of. Nothing ever actually was given or happened, even to the day of the departure in June 2024, and no meetings held, no newsboard or company board that was put up. Nothing ever about thieving. So the Plaintiff sent an email June 4, 2023 thanking him for looking into the matter. See email :
Exhibits #5

 Gmail

**Thank you**
1 message

**Shivsaywack Singh** <singhshivsaywack@gmail.com>
To: kgrau@olympak.com

Hello Kevin.
I want to say I very much appreciate the opportunity to discuss and go into details on Wednesday, I want to thank you and Gray very much for
I will come forward to you directly Kavin if anything further persists. Again thank you very much. I will consider this matter closed as I know you
anything else.

Chevy
Ask not what the company can do for you, but what you can do for the company.

"Hello Kevin,
I want to say I very much appreciate the opportunity to discuss and go into details on Wednesday, I want to thank you and Gray very much for understanding the situation.
I will come forward to you directly Kevin if anything further persists. Again thank you very much. I will consider this matter closed as I know you are working very hard on this. Feel free to reach out if you need anything else.
Chevy
Ask not what the company can do for you, but what you can do for the company."

## Paragraph #5

Mark Miner never came to the Plaintiff or nothing. The following week, believe a Tuesday June 13, 2023, there was no work to be done on folding and gluing, took four-five people to clean the machines, and closed down the plant in Grand Rapids, moved all equipment to Mora, Olympak location. The machines were all apart, and there was hard sawdust, which usually comes out from the papers, being rolled and given off, the plaintiff was cleaning and using the vacuum cleaner. Unable to reach, asked Tim Morris, the brother in law of Jim Morris the owner, need a blower to blow the stuff out of there, cannot leave it, Tim got an air hose, as Plaintiff was using the air hose, another supervisor Rick Fruit came over and grabbed the plaintiffs right hand and sunk his hands, wrestling the air hose out of the plaintiffs hands. Telling him that "youre fired, get out of here, walk through the door" the man committed battery and assault against the plaintiff. The plaintiff got his coat and walked out of the building. Tim Morris told Grey Julian and Jeff Hendrix management, heard of what happened, and then called the Plaintiff to come back to the office and go back to work. The facts are that an assault happened, and Shivsaywack was fired. The plaintiff had to use heat and ice and sorelax prescription ointment on his wrist for over two months because of this. Now had the plaintiff retaliated in any way, then the rest of the people would say why did you do this? Time after time no documentation, no investigation into the matters because they are friends, and family, and most importantly white, compared to the one colored person at the plant.

12

Paragraph #6

On August 3, 2023, the plaintiff had a violent fall on the concrete, witnessed by the supervisor Jonathan Mann and overheard by Steve Baldwin, asking about what happened and are you ok? The next day, upon seeing the doctor, tremendous pain in the shoulders and hand, went to Welia Urgent Care, where people go who are injured by the company. I was referred to see the medical doctors before returning to work, and placed on medical restrictions. Plaintiff emailed Kevin Grau, see below:

Exhibits #6

**Medical Doctors notes**
1 message

Shivssyweck Singh <singhshivsaywack@gmail.com>
To: kgrau@olympek.com

Sun, Aug 6, 2023 at 7:13 PM







August 4, 2023

**welia**
HEALTH

| | | |
|---|---|---|
| **Patient:** | Shivsaywack P Singh | **Department** Welia Health Urgency |
| **Date of Birth:** | 03/14/1953 | **Information:** Services Pine City |
| **Date of Visit:** | 8/4/2023 | 1425 Main St N |
| | | Pine City MN 55063 |
| | | 800-245-5671 |

To Whom It May Concern:

Shivsaywack Singh was seen and treated in our emergency department on 8/4/2023. He is able to return to work with restrictions on 08/07/2023 no lifting or carrying weight greater than 5 pounds, no repetitive motion Until cleared by primary care provider in clinic next week

Danielson Anderson, Darla Renee, NP

*As an acute care facility, we do not provide follow-up care and are therefore unable to complete paperwork for injuries requiring more than 72 hours away from work. Patients need to follow up with a primary care or occupational health provider.

*The Health Insurance Portability and Accountability Act (HIPAA) prohibits this health care provider/facility from releasing health care information without consent. For more information regarding the care or treatment received, please contact the patient.

Page 1 of 9    **Epic**

14

August 4, 2023



welia
HEALTH
*formerly*
*FirstLight Health System*

**Patient:** Shivsaywack P Singh
**Date of Birth:** 03/14/1953
**Date of Visit:** 8/4/2023

**Department** Welia Health Urgency
**Information:** Services Pine City
1425 Main St N
Pine City MN 55063
800-245-5671

To Whom It May Concern:

Shivsaywack Singh was seen and treated in our emergency department on 8/4/2023. He is able to return to work with restrictions on 08/07/2023 no lifting or carrying weight greater than 5 pounds, no repetitive motion Until cleared by primary care provider in clinic next week

Danielson Anderson, Darla Renee, NP

*As an acute care facility, we do not provide follow-up care and are therefore unable to complete paperwork for injuries requiring more than 72 hours away from work. Patients need to follow up with a primary care or occupational health provider.

*The Health Insurance Portability and Accountability Act (HIPAA) prohibits this health care provider/facility from releasing health care information without consent. For more information regarding the care or treatment received, please contact the patient.

15



Plaintiff gave the medical restrictions to Amy Kuhnz, Amy disregarded the restrictions and had the plaintiff lifting, pulling, bending and doing more all against the restrictions. Sometime later in August, 2023, Jim Hendrix and Kevin Grau wanted to see the plaintiff in the office. Plaintiff went, and they said the job opening would be called light-maintenance doing painting and light work was within the restrictions. They put me there and told me that I had to work under the man Rick Fruit, whom assaulted and fired the plaintiff in the past, and the plaintiff objected. Working only about eight days on the job, they pulled the plaintiff off the job, to go do packaging work. Some of the packaging was light and easy, but then they kept putting the plaintiff on eighty plus pounds work alone, to do these, with an injury from the torn shoulder caused by the fall at work.

16

### Paragraph #7

Sometime in September 2023, Carly quit the janitorial work, had kept asking four over four months to go and work with the bagging area, which was paying $22.00 an hour and kept insisting that she wanted that job, and they never looked for a housekeeper, that eventually Carly just quit the job. They knew she was leaving and wanted to go, had four months notice, and never looked. They have temporary services, and the power of the purse, but instead had pulled the Plaintiff to come and do the work of cleaning bathrooms again against restrictions, clean heavy duty bending, lifting, excessive reaching, and the whole place continuously being in a mess, overflowing, backed up toilets with feces everywhere, tampons overstacked, just disgust everywhere, garbage everywhere and piling up. Not even four days in and stuff never ends. The plaintiff kept giving medical restrictions to Amy Kuhnz and what did Amy do with any of this?? She never came and talked to the Plaintiff about anything. The plaintiff talked to Grey Julian, and said this work is too much for me, it used to be two able bodied people doing this role, and now you only have had me doing this position with a busted rotary cuff shoulder, under tremendous pain in the left shoulder, going home with pain, and working with pain. Grey said he agreed that they will get help, and should be needing extra help to catch up. He asked the Plaintiff to come in extra times to help out more to get caught up, then immediately after saying and complaining No, not to come in anymore extra time.

### Paragraph #8

The arm finally gave out around December 14, 2023 no longer able to move, kept trying to message Mark Miner, and finally able to get the correct email for Mark messaged below conversation : "

**Matter of Urgency Chevy**
4 messages

---

**Shivsaywack Singh** <singhshivsaywack@gmail.com>                                    Thu, Dec 14, 2023 at 9:18 PM

To: "mminer@mellosmello.com" <mminer@mellosmello.com>

17

Let's speak immediately because of the issues I am listing below:  It seems to me, that these people in charge do not understand what Minnesota Human Rights and Civil Rights are, it is Federal and they enforce these rights against discrimination with the EEOC can these individuals come forth and say they did not do these acts of omission, it is very obvious because the individual is a foreigner and disabled all immunities they get, don't believe that i am entitled to anything, this is an annoyance to them. Come Monday I am not prepared to do the Janitorial work, they want to terminate me, and I cannot keep backing down, I am respectfully asking, do you tell them to do this? I know you will be here Tuesday, can we resolve these matters, as they are out of hand. The federal agents are going to be talking to me, and investigate these matters, if I don't hear from you, the EEOC will investigate, I have done everything to help them, and trial of facts show I went above and beyond never refusing to help them, yet these handful individuals do not want to allow any fairness. I've seen it, cannot keep letting them run all over me without law and order. I am sticking to the law, I am letting you know I did contact you. These individuals are not capable of handling the matters, they haven't been trained, and playing hide and seek to get by, so I need to hear from you, the authorities will communicate with me at the current set date and time. I stand my grounds, enough is enough.          Mark, a serious issue going on with one year with Amy and a handful of people that I might be a victim of discrimination 1.  Amy demanding after I switched jobs for medical paperwork, occupational therapist to come see if capable of doing the work, 2. Listing my name all over the place Amy and others indicating that I have stolen property from the company, all over people are telling me, trying to use me as a scapegoat/guinea pig, 3. chasing me out of the plant, shown the door, assaulted and battered to get out the door, that im fired, running and calling me back to the job, Rick, 4. Last weekend, I came and picked up everything since the auditors are coming, Gray wants the place clean, takes as many hours, gets paperwork, and cleaning done. Amy went and talked to Gray about overtime, Shiv talked to Gray about going to Mark, not to be continuously cleaning bathrooms, and intensive janitorial work, had plenty of time to get someone, have busted shoulder, Amy is mad that doctors gave papers, new doctors, and doctors about my shoulder injury from work to go see a neurologist, must be mad, paper states in writing Shiv needs to take meds with food, and medication causes drowsiness and blurred vision, why insinuating in the past about foot, and not about the shoulders, keeps talking about this stuff, told the man in particular, im no fool, 20-40 hours overtime, the company doesn't want inclusion, no colored folks allowed to get any piece, do all this work, clean and get sick, why has noone come to clean, and can't come assist, meat company inspector said everything has to be clean for the products to be cleared, leaving a site, and bathrooms not cleaned, or wiped down, outside plant, sand, on shoes, feces and black like tar, water is dirty, they want to pay $15 an hour, 40 hours, 7 days a week wiht more workers, we will discuss, and stand grounds, law library has the case, can't say that he didnt help, an emergency came up and that person quit the job, and i helped out for September to now been helping and going above and beyond, the lady missed so many times, and i helped out, brought key and fed up walked out, she said they started her  at $18 no experience, temps cant find anyone, girl gave a 4 months notice of transfer, company hired other people, never got an opportunity to be a bagger, lady asked for transfer, can't sponsor anyone, demanding people gotta show that you cannot find nobody, family work, 7 days, a plantation worker, gets everything, isnt my cleaning important, for cleanse of place, for people not to get sick, things that fall and go on ground becomes contaminated, floors are not mopped, how to keep the place clean by mopping, but can't be inhaling feces and everything as a 70+ disabled person, everything is for whites, colored man to hell with him. 5. Wearing a turban because I'm an Indian man, due to my religious practice, I was ordered to cover my turban up when other workers beside me have no hairnet on, baseball caps are offended, stop wearing the turban, so as not to cause any conflict. 6. Suffering an injury on the job, i go to see the company doctors, and Amy is constantly insinuating that I go to the doctor for other injuries when the papers state this is not the case, god in heavens knows why this keeps happening, not sure why she keeps discrediting me, what is the purpose of this? Why does she keep telling other employees about this as well? 7. Amy comes and continuously takes away my privilege of moving my car in the back, in March, her and Lee from Gluing, from you Mark, and insisted and turned many blind eyes leaving me at the whim of the weather, knowing i don't have mobility to the weather, a slip can cause serious injury, not telling others to move and comes to me instead, can't park at the back, never says anything to others who park there, when i have complained about the theft, they try to blackmail me that i went to ask girl employees that i am going to meet women at 6 o'clock if i go to authorities i asked for employees when everyone is gone, did not say who the individuals are, where are all the notes of these accusations? Abused, asked to do a job, taking away equipment, continuous failure to take action or do follow-up, the files are pulled and no records, believe in burying the truth, pushing under the rug, not showing any evidence, or any corrective actions, the complaints of racial slurs. whatsoever at all to address any issues. Protecting others and shielding them because they are white. In September they came and asked me job maintainence, a job flexible to help paint, spruce the place flexible hours, and agreed to help Jeff and Julian Gray, two weeks into this role, they asked me if I can help out with Janitorial job which I used to do, while they recruit someone immediately, and to help with the basic work, and 4 days a week is not enough time to get all the demanding work, when 2-3 people used to do the work, they never hired any replacements, and a girl came on for 2 months, another girl missed and burnout, wanted to transfer and quit, they said to get a replacement for her, continued to hire all departments but never replaced the girl, I keep assisting and to no avail the buildup is tremendous work, kept getting me sick, respiratory infections, came from the bacteria at the workplace building and piling up, nobody wants to assist other than me, and now they want me to do all this work, and i can only help in certain work amounts, so much, I talked to Julian Gray and said to come in 5 days and do it, and work overtime, asl am subjecting myself to chemicals and infections, the amount of time required takes more time. Insistent that the auditors are coming, and now this week he comes to me and says no more when I merely worked a few hours overtime, when others are working hundreds of hours of overtime the same individuals complaining and harassing me with how many days working, hours, doctors information, to make up my hours, keep questioning me, years they have been working over 30 hours overtime a week, and this problem keeps going on.

---

**Mark Miner** <mminer@mellosmello.com>                                Sun, Dec 17, 2023 at 7:56 AM

To: Shivsaywack Singh <singhshivsaywack@gmail.com>
Cc: Wendy Kocon <wkocon@mellosmello.com>


Hi Chevy,

I appreciate you taking the time to bring your frustrations to my attention. Please be assured that your concerns are important to us. Our company strives to maintain a positive work environment for all employees, so I want to address any issue as soon as possible.

Our HR department will investigate the issues you have raised. We take all complaints seriously and aim to find a fair resolution that benefits everyone involved.

Thank you again for bringing this to our attention.

Mark
Sent from my iPhone

> On Dec 14, 2023, at 9:19 PM, Shivsaywack Singh
> <singhshivsaywack@gmail.com> wrote:

[Quoted text hidden]

---

**Shivsaywack Singh** <singhshivsaywack@gmail.com>                     Sat, Dec 23, 2023 at 10:20 AM

To: Mark Miner <mminer@mellosmello.com>

I appreciate your response, however the HR party cannot investigate because they have failed to take action numerous times and therefore are part of the problem and don't believe in equality this has to be investigated by a third party, I have asked for emails to reach you in the past and clearly they have not reached you in which they continue to push under the surface, finally I have been given a chance to message you directly, my injury from work is causing me a lot of intentional infliction and I will need to see my physician before I am able to return to work I will keep you posted
[Quoted text hidden]

---

**Mark Miner** <mminer@mellosmello.com>                                    Tue, Jan 16, 2024 at 4:46 PM

To: Shivsaywack Singh <singhshivsaywack@gmail.com>

*Hi Chevy,*

*I hope you are doing well. I wanted to let you know I will be in Mora tomorrow and would like to spend a little time with you to follow up on the issues you expressed in your email.*

*Let's plan on getting together around 12:00.*

*Thanks.*

*Mark*

After emailing Mark Miner, on Dec 14, 2023, see email

Exhibits #7

 Gmail

Shivsaywack Singh <singhshivsaywack@gmail.com>

**Matter of Urgency Chevy**
4 messages

**Shivsaywack Singh** <singhshivsaywack@gmail.com>                                    Thu, Dec 14, 2023 at 9:18 PM
To: "mminer@mellosmello.com" <mminer@mellosmello.com>

Let's speak immediately because of the issues i am listing below. It seems to me, that these people in charge do not understand what Minnesota Human Rights and Civil Rights are, it is Federal and they enforce these rights against discrimination with the EEOC. can these individuals come forth and say they did not do these acts of omission, it is very obvious because the individual is a foreigner and disabled all immunities they get, don't believe that i am entitled to anything. this is an annoyance to them. Come Monday i am not prepared to do the Janitorial work, they want to terminate me, and i cannot keep beating down. I am respectfully asking, do you tell them to do this? I know you will be here Tuesday, can we resolve these matters, as they are out of hand. The federal agents are going to be talking to me, and investigate these matters, if i don't hear from you, the EEOC will investigate. I have done everything to help them, and trail of facts show i went above and beyond never refusing to help them, yet these handful individuals do not want to allow any fairness. I've seen it, cannot keep letting them run all over me without law and order. I am sticking to the law, I am letting you know I did contact you. These individuals are not capable of handling the matters, they haven't been trained, and playing hide and seek to get by, so I need to hear from you, the authorities will communicate with me at the current set date and time. I stand my grounds, enough is enough.          Mark, a serious issue going on with one year with Amy and a handful of people that I might be a victim of discrimination 1. Amy demanding after I switched jobs for medical paperwork. occupational therapist to come see if capable of doing the work. 2. Listing my name all over the place Amy and others indicating that I have stolen property from the company, all over people are telling me, trying to use me as a scapegoat/guinea pig, 3. chasing me out of the plant, shown the door, assaulted and battered to get out the door, that im fired, running and calling me back to the job, Rick, 4. Last weekend, I came and picked up everything since the auditors are coming, Gray wants the place clean, takes as many hours, gets paperwork, and cleaning done. Amy went and talked to Gray about overtime, Shiv talked to Gray about going to Mark, not to be continuously cleaning bathrooms, and intensive janitorial work, had plenty of time to get someone, have busted shoulder Amy a mad that doctors gave papers, new doctors, and doctors about my shoulder injury from work to go see a neurologist, must be mad, paper states in writing Shiv needs to take meds with food, and medication causes drowsiness and blurred vision, why insinuating in the past about font, and not about the shoulders, keeps talking about this stuff, told the man in particular, im no fool. 20-40 hours overtime, the company doesn't want inclusion, no colored folks allowed to get any piece. do all this work, clean and get sick. why has noone come to clean, and can't come assist, meat company inspector said everything has to be clean for the products to be cleared, leaving a site. and bathrooms not cleaned, or wiped down. outside plant, sand, on shoes. feces and black like tar, water is dirty, they want to pay $15 an hour, 40 hours, 7 days a week wiht more workers, we will discuss, and stand grounds, law library has the case. can't say that he didnt help. an emergency came up and that person quit the job, and i helped out for September to now been helping and going above and beyond. the lady missed so many times, and i helped out. brought key and fed up waited out. she said they started her at $15 no experience, temps cant find anyone, girl gave a 4 months notice of transfer, company hired other people, never got an opportunity to be a bagger, lady asked for transfer, can't sponsor anyone, demanding people gotta show that you cannot find nobody, family work, 7 days. a plantation worker, gets everything, isnt my cleaning important. for cleanse of place, for people not to get sick, things that fall and go on ground becomes contaminated, floors are not mopped, how to keep the place clean by mopping, but can't be inhaling feces and everything as a 70+ disabled person, everything is for whites, colored men to hell with him. 5. Wearing a turban because i'm an indian man, due to my religious practice, i was ordered to cover my turban up when other workers beside me have no helmet on, baseball caps are offended, stop wearing the turban, so as not to cause any conflict, 6. Suffering an injury on the job, i go to see the company doctors, and Amy is constantly insinuating that i go to the doctor for other injuries when the papers state this is not the case, god in heavens knows why this keeps happening, not sure why she keeps discrediting me, what is the purpose of this? Why does she keep telling other employees about this as well? 7. Amy comes and continuously takes away my privilege of moving my car in the back, in March, her and Lee from Gluing, from you Mark, and insisted and turned many blind eyes leaving me at the whim of the weather, knowing i don't have mobility to the weather, a slip can cause serious injury, not telling others to move and comes to me instead, can't park at the back, never says anything to others who park there, when i have complained about the theft, they try to blackmail me that i went to ask girl employees that i am going to meet women at 6 o'clock if i go to authorities i asked for employees when everyone is gone, did not say who the individuals are, where are all the notes of these accusations? Abused, asked to do a job, taking away equipment, continuous failure to take action or do follow-up, the files are pulled and no records, believe in burying the truth, pushing under the rug, not showing any evidence, or any corrective actions. the complaints of racial slurs, whatsoever at all to address any issues. Protecting others and shielding them because they are white. In September they came and asked me job maintenance, a job flexible to help paint, spruce the place flexible hours, and agreed to help Jeff and Julian Gray, two weeks into this role, they asked me if I can help out with Janitorial job which I used to do, while they recruit someone immediately, and to help with the basic work, and 4 days a week is not enough time to get all the demanding work, when 2-3 people used to do the work, they never hired any replacements. and a girl came on for 2 months, another girl missed and burnout, wanted to transfer and quit. they said to get a replacement for her, continued to hire all departments but never replaced the girl, i keep assisting and to no avail the buildup is tremendous work, kept getting me sick, respiratory infections, came from the bacteria at the workplace building and piling up, nobody wants to assist other than me, and now they want me to do all this work, and i can only help in certain work amounts, so much, i talked to Julian Gray and said to come in 5 days and do it, and work overtime, asi am suspecting myself to chemicals and infections, the amount of time required takes more time. Insistent that the auditors are coming, and now this week he comes to me and says no more when i merely worked a few hours overtime, when others are working hundreds of hours of overtime the same individuals complaining aint harassing me with how many days working, hours, doctors information, to make up my hours, keep questioning me, years they have been working over 30 hours overtime a week, and this problem keeps going on.

---

**Mark Miner** <mminer@mellosmello.com>                                    Sun, Dec 17, 2023 at 7:56 AM
To: Shivsaywack Singh <singhshivsaywack@gmail.com>
Cc: Wendy Kocon <wkocon@mellosmello.com>

Hi Chevy,

I appreciate you taking the time to bring your frustrations to my attention. Please be assured that your concerns are important to us. Our company strives to maintain a positive work environment for all employees, so I want to address any issue as soon as possible.

Our HR department will investigate the issues you have raised. We take all complaints seriously and aim to find a fair resolution that benefits everyone involved.

Thank you again for bringing this to our attention.

Mark

Sent from my iPhone

On Dec 14, 2023, at 9:19 PM, Shivsaywack Singh <singhshivsaywack@gmail.com> wrote:

[Quoted text hidden]

---

**Shivsaywack Singh** <singhshivsaywack@gmail.com>                                    Sat, Dec 23, 2023 at 10:20 AM
To: Mark Miner <mminer@mellosmello.com>

Page    1  /  2    -    🔍    +

22

Mark Miner <mminer@mellosmello.com>
To: Shivsaywack Singh <singhshivsaywack@gmail.com>
Cc: Wendy Kocon <wkocon@mellosmello.com>

Sun, Dec 17, 2023 at 7:56 AM

Hi Chevy,

I appreciate you taking the time to bring your frustrations to my attention. Please be assured that your concerns are important to us. Our company strives to maintain a positive work environment for all employees, so I want to address any issue as soon as possible.

Our HR department will investigate the issues you have raised. We take all complaints seriously and aim to find a fair resolution that benefits everyone involved.

Thank you again for bringing this to our attention.

Mark

Sent from my iPhone

> On Dec 14, 2023, at 9:19 PM, Shivsaywack Singh <singhshivsaywack@gmail.com> wrote:
>
> [Quoted text hidden]

---

Shivsaywack Singh <singhshivsaywack@gmail.com>
To: Mark Miner <mminer@mellosmello.com>

Sat, Dec 23, 2023 at 10:20 AM

I appreciate your response, however the HR party cannot investigate because they have failed to take action numerous times and therefore are part of the problem and don't believe in equality this has to be investigated by a third party, I have asked for emails to reach you in the past and clearly they have not reached you in which they continue to push under the surface, finally I have been given a chance to message you directly, my injury from work is causing me a lot of intentional infliction and I will need to see my physician before I am able to return to work I will keep you posted

[Quoted text hidden]

---

Mark Miner <mminer@mellosmello.com>
To: Shivsaywack Singh <singhshivsaywack@gmail.com>

Tue, Jan 16, 2024 at 4:46 PM

Hi Chevy,

I hope you are doing well. I wanted to let you know I will be in Mora tomorrow and would like to spend a little time with you to follow up on the issues you expressed in your email.

Let's plan on getting together around 12:00.

Thanks.

Mark

████████████████████████████████████████

Get Outlook for iOS

---

From: Shivsaywack Singh <singhshivsaywack@gmail.com>
Sent: Saturday, December 23, 2023 10:20:26 AM
To: Mark Miner <mminer@mellosmello.com>
Subject: Re: Matter of Urgency Chevy

[Quoted text hidden]

"Let's speak immediately because of the issues I am listing below: It seems to me, that these people in charge do not understand what Minnesota Human Rights and Civil Rights are, it is Federal and they enforce these rights against discrimination with the EEOC can these individuals come forth and say they did not do these acts of omission, it is very obvious because the individual is a foreigner and disabled all immunities they get, don't believe that i am entitled to anything, this is an annoyance to them. Come Monday I am not prepared to do the Janitorial work, they want to terminate me, and I cannot keep backing down, I am respectfully asking, do you tell them to do it? I know you will be here Tuesday, can we resolve these matters, as they are out of hand. The federal agents are going to be talking to me, and investigate these matters, if I don't hear from you, the EEOC will investigate, I have done everything to help them, and trial of facts show I went above and beyond never refusing to help them, yet these handful individuals do not want to allow any fairness. I've seen it, cannot keep letting them run all over me without law and order. I am sticking to the law, I am letting you know I did contact you. These individuals are not capable of handling the matters, they haven't been trained, and playing hide and seek to get by, so I need to hear from you, the authorties will communicate with me at the current set date and time. I stand my grounds, enough is enough. Mark, a serious issue going on with one year with Amy and a handful of people that I might be a victim of discrimination 1. Amy demanding after I switched jobs for medical paperwork, occupational therapist to come see if capable of doing the work, 2. Listing my name all over the place Amy and others indicating that I have stolen property from the company, all over people are telling me, trying to use me as a scapegoat/guinea pig, 3. chasing me out of the plant, shown the door, assaulted and battered to get out the door, that im fired, running and calling me back to the job, Rick, 4. Last weekend, I came and picked up everything since the auditors are coming, Gray wants the place clean, takes as many hours, gets paperwork, and cleaning done. Amy went

and talked to Gray about overtime, Shiv talked to Gray about going to Mark, not to be continuously cleaning bathrooms, and intensive janitorial work, had plenty of time to get someone, have busted shoulder,

Amy is mad that doctors gave papers, new doctors, and doctors about my shoulder injury from work to go see a neurologist, must be mad, paper states in writing Shiv needs to take meds with food, and

medication causes drowsiness and blurred vision, why insinuating in the past about foot, and not about the shoulders, keeps talking about this stuff, told the man in particular, im no fool, 20-40 hours overtime,

the company doesn't want inclusion, no colored folks allowed to get any piece, do all this work, clean and get sick, why has noone come to clean, and can't come assist, meat company inspector said

everything has to be clean for the products to be cleared, leaving a site, and bathrooms not cleaned, or wiped down, outside plant, sand, on shoes, feces and black like tar, water is dirty, they want to pay $15

an hour, 40 hours, 7 days a week wiht more workers, we will discuss, and stand grounds, law library has the case, can't say that he didnt help, an emergency came up and that person quit the job, and i helped

out for September to now been helping and going above and beyond, the lady missed so many times, and i helped out, brought key and fed up walked out, she said they started her at $18 no experience,

temps cant find anyone, girl gave a 4 months notice of transfer, company hired other people, never got an opportunity to be a bagger, lady asked for transfer, can't sponsor anyone, demanding people gotta

show that you cannot find nobody, family work, 7 days, a plantation worker, gets everything, isnt my cleaning important, for cleanse of place, for people not to get sick, things that fall and go on ground

becomes contaminated, floors are not mopped, how to keep the place clean by mopping, but can't be inhaling feces and everything as a 70+ disabled person, everything is for whites, colored man to hell with

him. 5. Weaning a turban because I'm an Indian man, due to my religious practice, I was ordered to cover my turban up when other workers beside me have no hairnet on, baseball caps are offended, stop

wearing the turban, so as not to cause any conflict. 6. Suffering an injury on the job, i go to see the company doctors, and Amy is constantly insinuating that I go to the doctor for other injuries when the papers

state this is not the case, god in heavens knows why this keeps happening, not sure why she keeps discrediting me, what is the purpose of this? Why does she keep telling other employees about this as well?

7. Amy comes and continuously takes away my privilege of moving my car in the back, in March, her and Lee from Gluing, from you Mark, and insisted and turned many blind eyes leaving me at the whim of

the weather, knowing i don't have mobility to the weather, a slip can cause serious injury, not telling others to move and comes to me instead, can't park at the back, never says anything to others who park

there, when i have complained about the theft, they try to blackmail me that i went to ask girl employees that i am going to meet women at 6 o'clock if i go to authorities i asked for employees when everyone is

gone, did not say who the individuals are, where are all the notes of these accusations? Abused, asked to do a job, taking away equipment, continuous failure to take action or do follow-up, the files are pulled

and no records, believe in burying the truth, pushing under the rug, not showing any evidence, or any corrective actions, the complaints of racial slurs, whatsoever at all to address any issues. Protecting

others and shielding them because they are white. In September they came and asked me job maintainence, a job flexible to help paint, spruce the place flexible hours, and agreed to help Jeff and Julian Gray, two weeks into this role, they asked me if I can help out with Janitorial job which I used to do, while they recruit someone immediately, and to help with the basic work, and 4 days a week is not enough

time to get all the demanding work, when 2-3 people used to do the work, they never hired any replacements, and a girl came on for 2 months, another girl missed and burnout, wanted to transfer and quit,

they said to get a replacement for her, continued to hire all departments but never replaced the girl, I keep assisting and to no avail the buildup is tremendous work, kept getting me sick, respiratory infections,

came from the bacteria at the workplace building and piling up, nobody wants to assist other than me, and now they want me to do all this work, and i can only help in certain work amounts, so much, I talked

to Julian Gray and said to come in 5 days and do it, and work overtime, asl am subjecting myself to chemicals and infections, the amount of time required takes more time. Insistent that the auditors are

coming, and now this week he comes to me and says no more when I merely worked a few hours overtime, when others are working hundreds of hours of overtime the same individuals complaining and

harassing me with how many days working, hours, doctors information, to make up my hours, keep questioning me, years they have been working over 30 hours overtime a week, and this problem keeps

going on.

Mark Miner <mminer@mellosmello.com> Sun, Dec 17, 2023 at 7:56 AM

To: Shivsaywack Singh <singhshivsaywack@gmail.com> Cc: Wendy Kocon <wkocon@mellosmello.com>

Hi Chevy,

I appreciate you taking the time to bring your frustrations to my attention. Please be assured that your concerns are important to us. Our company strives to maintain a positive work environment for all

employees, so I want to address any issue as soon as possible.

Our HR department will investigate the issues you have raised. We take all complaints seriously and aim to find a fair resolution that benefits everyone involved.

Thank you again for bringing this to our attention.

Mark

Sent from my iPhone

*On Dec 14, 2023, at 9:19 PM, Shivsaywack Singh <singhshivsaywack@gmail.com> wrote:*

*[Quoted text hidden]*

*Shivsaywack Singh <singhshivsaywack@gmail.com> Sat, Dec 23, 2023 at 10:20 AM*

*To: Mark Miner <mminer@mellosmello.com>*

*I appreciate your response, however the HR party cannot investigate because they have failed to take action numerous times and therefore are part of the problem and*

*don't believe in equality this has to be investigated by a third party, I have asked for emails to reach you in the past and clearly they have not reached you in which they*

*continue to push under the surface, finally I have been given a chance to message you directly, my injury from work is causing me a lot of intentional infliction and I will*

*need to see my physician before I am able to return to work I will keep you posted*

*[Quoted text hidden]*

*Mark Miner <mminer@mellosmello.com> Tue, Jan 16, 2024 at 4:46 PM*

*To: Shivsaywack Singh <singhshivsaywack@gmail.com>*

*Hi Chevy,*

*I hope you are doing well. I wanted to let you know I will be in Mora tomorrow and would like to spend a little time with you to follow up on the issues you expressed in your email.*

*Let's plan on getting together around 12:00.*

*Thanks.*

*Mark"*

the plaintiff talked to the EEOC Equal Employment Opportunity Commissions as it took Mark over a month to respond back to the plaintiff. See the Jan 4th email below:

Exhibits #8

 Gmail

Shivssywack Singh <singhshivssywack@gmail.com>

---

**Case # (444-2023-01834) continued from phone call investigator**
1 message

Shivssywack Singh <singhshivssywack@gmail.com>
To: info@eeoc.gov

Thu, Jan 4, 2024 at 7:37 PM

*[scanned email body — illegible; transcribed version reproduced below]*

Shivssywack Singh
320-279-3571

---

"info@eeoc.gov

I was talking with the investigator and she had another interview to get to and told me and she told me to email the further amendments and charges as I am a disabled elderly and wanted to continue to

further discuss the situation. The counts just keep continuing to pile up more and more, there seems to be an endless level of discrimination going on towards me as a "nigger", threats to my religous

background, medical and age discriminations and even blackmail as I state below. My religous background requires me to wear a head turban garb, and I have worn this to work for years, and now after a

long extended amount of time until around June 2023, I am now asked to wear a hairnet over my turban. I already wear a hairnet over my hair, and then the turban on top of that. I do not work with food, I am

in a warehouse on an assembly line. The other white co-workers do not wear any hairnets, and instead they wear baseball caps, yet they are not told to wear any kind of hairnet. The supervisor knows of my

religious background and forces me to comply with covering up my turban, or to take it off, yet the others still remain untalked to or involved. I have contacted the owner to discuss and HR, and things are not

talked about, nor any actions or responses. I have talked to the supervisor and they said they will just take any situations out of my personnel file without me signing anything, and then at a later time come

back to me with retracted words saying they never said anything since nothing was written down. There are even more issues than this going on, I would like to continue to speak immediately because of the

issues I am listing below: It seems to me, that these people in charge do not understand what Minnesota Human Rights and Civil Rights are, it is Federal and they enforce these rights against discrimination

with the EEOC can these individuals come forth and say they did not do these acts of omission, it is very obvious because the individual is a foreigner and disabled all immunities they get, don't believe that i

am entitled to anything, this is an annoyance to them. I am having serious problems at work regarding systematic discrimination that stems openly from multiple co-workers in the work environment

creating massive hostility. This includes Amy and Lee along with many others, and I have exhausted my communication with Kevin Grau as well, to no avail have not seen or heard anything being done about

26

these situations Kevin could have contacted me any time since last Tuesday, instead he has left and ignored the problem. I have approached Kevin multiple times, and continuously the situations have been ignored. Kevin who refuses to contact me, or I will be forced to file a case of discrimination 42-USC 1964 title 7 and the American Disability Act. This is because I am being singled out due to age, medical, and racial discrimination. This ongoing harassment needs to stop. At work theres many lawless situations where medical records are being asked for, the frequent terms of the words "sex slurs, whore, hooker, blowjob, fuck words, racial slurs, nigger and bend over, and many more" is used openly and very frequently, specifically the "nigger" in my presence, these racial slurs employees are talking about even have been placed using my name that "Chevy I am about to get a blowjob until you came over and stopped me from getting a blowjob" blowjobs recieving and giving are talked about in my presence. We will not tolerate this ignorance of harassment, discrimination any longer. As such Amy has singled myself out asking for medical papers that do not pertain to anything. Amy has also told many people that she is against people just because they wear hearing aids, she has disregarded a neutral stance, intentionally discriminates openly, I am receiving papers now upon calling me a thief. Everyone in Olympak will be required on the same shift to be testified and depositioned about who said what in this attempt at a conspiracy to undermine the defendants and never give any opportunity to be heard. Again I am stressing how critical this matter is, and needs to be resolved. The demotions for me to do janitorial work, and pay disparity, they want to terminate me, and I cannot keep backing down, I am respectfully asking, is the owner telling employees to do these acts of omission? can we resolve these matters, as they are out of hand. The EEOC must continue to do an in depth investigation, I have done everything to help the company, and trial of facts show I went above and beyond never refusing to help them, yet these handful individuals do not want to allow any fairness. I've seen it, cannot keep letting them run all over me without law and order. I am sticking to the law, I am letting you know I did contact you. These individuals are not capable of handling the matters, they haven't been trained, and playing hide and seek to get by, so I need to hear from you, I stand my grounds, enough is enough. Mark is the owner, and a serious issue going on with one year with Amy and a handful of people that I am to be a victim of discrimination 1. Amy demanding after I switched jobs for medical paperwork, occupational therapist to come see if capable of doing the work, 2. Listing my name all over the place Amy and others indicating that I have stolen property from the company, all over people are telling me, trying to use me as a scapegoat/guinea pig, 3. chasing me out of the plant, shown the door, assaulted and battered to get out the door, that im fired, running and calling me back to the job, Rick, 4. Last weekend, I came and picked up everything since the auditors are coming, Gray wants the place clean, takes as many hours, gets paperwork, and cleaning done. Amy went and talked to Gray about overtime, Shiv talked to Gray about going to Mark, not to be continuously cleaning bathrooms, and intensive janitorial work, had plenty of time to get someone hired, have busted shoulder, Amy is mad that doctors gave papers, new doctors, and doctors about my shoulder injury from work to go see a neurologist, must be mad, paper states in writing Shiv needs to take meds with food, and medication causes drowsiness and blurred vision, why insinuating in the past about foot, and not about the shoulders, keeps talking about this stuff, told the man in particular, im no fool, 20-40 hours overtime, the company doesn't want inclusion, no colored folks allowed to get any piece, yet do all this work for more than three people, clean and get sick, why has noone come to clean, and can't come assist, meat company inspector said everything has to be clean for the products to be cleared, leaving a site, and bathrooms not cleaned, or wiped down, outside plant, sand, on shoes, feces and black like tar, water is dirty, they want to pay $12-15 an hour, 40 hours, 7 days a week with more workers, we will discuss, and stand grounds, law library has the case, can't say that he didnt help, an emergency came up and that person quit the job, and i helped out for September to now been helping and going above and beyond, the lady missed so many times, and i helped out, brought key and fed up walked out, she said they started her at $18 no experience, temps cant find anyone, girl gave a 4 months notice of transfer, company hired other people, never got an opportunity to be a bagger, lady asked for transfer, can't sponsor anyone, demanding people gotta show that you cannot find nobody, family work, 7 days, a plantation worker, gets everything, isnt my cleaning important, for cleanse of place, for people not to get sick, things that fall and go on ground becomes contaminated, floors are not mopped, how to keep the place clean by mopping, but can't be inhaling feces and everything as a 70+ disabled person, everything is for whites, colored man to hell with him. 5. Wearing a turban because I'm an Indian man, due to my religious practice, I was ordered to cover my turban up when other workers beside me have no hairnet on, baseball caps are offended, stop wearing the turban, so as not to cause any conflict. 6. Suffering an injury on the job, i go to see the company doctors, and Amy is constantly insinuating that I go to the doctor for other injuries when the papers state this is not the case, god in heavens knows why this keeps happening, not sure why she keeps discrediting me, what is the purpose of this? Why does she keep telling other employees about this as well? 7. Amy comes and continuously takes away my privilege of moving my car in the back, in March, her and Lee from Gluing, from you Mark, and insisted and turned many blind eyes leaving me at the whim of the weather, knowing i don't have mobility to the weather, a slip can cause serious injury, not telling others to move and comes to me instead, can't park at the back, never says anything to others who park there, when i have complained about the theft, they try to blackmail me that i went to ask girl employees that i am going to meet women at 6

*o'clock if i go to authorities i asked for employees when everyone is gone, did not say who the individuals are, where are all the*
*notes of these accusations? Abused, asked to do a job, taking away equipment,*
*continuous failure to take action or do follow-up, the files are pulled and no records, believe in burying the truth, pushing under*
*the rug, not showing any evidence, or any corrective actions, the complaints of*
*racial slurs, whatsoever at all to address any issues. Protecting others and shielding them because they are white. In*
*September they came and asked me job maintainence, a job flexible to help paint, spruce*
*the place flexible hours, and agreed to help Jeff and Julian Gray, two weeks into this role, they asked me if I can help out with*
*Janitorial job which I used to do, while they recruit someone immediately, and to*
*help with the basic work, and 4 days a week is not enough time to get all the demanding work, when 2-3 people used to do the*
*work, they never hired any replacements, and a girl came on for 2 months,*
*another girl missed and burnout, wanted to transfer and quit, they said to get a replacement for her, continued to hire all*
*departments but never replaced the girl, I keep assisting and to no avail the buildup is*
*tremendous work, kept getting me sick, respiratory infections, came from the bacteria at the workplace building and piling up,*
*nobody wants to assist other than me, and now they want me to do all this work,*
*and i can only help in certain work amounts, so much, I talked to Julian Gray and said to come in 5 days and do it, and work*
*overtime, asI am subjecting myself to chemicals and infections, the amount of time*
*required takes more time. Insistent that the auditors are coming, and now this week he comes to me and says no more when I*
*merely worked a few hours overtime, when others are working hundreds of hours*
*of overtime the same individuals complaining and harassing me with how many days working, hours, doctors information, to*
*make up my hours, keep questioning me, years they have been working over 30*
*hours overtime a week, and this problem keeps going on. They list they needed help, someone comes in for job interview but*
*because they have a hearing disability, Amy won't give them a job, another*
*person said they can do any job, and they don't even talk about cleaning with them, then go to the company's websites and see*
*nothing is posted about any cleaning job, they say they will continue to find*
*people and be aggressive, yet not a single action is being shown towards this.*
*Shivsaywack Singh*
*320-279-3571"*

Mark and Wendy Kocoon the other Human Resources HR came and all matters including the maintenance man Matt Smith, Rick Fruit, Amy Kuhz conduct, Kevin Grau conduct, including wearing a Turban and resentment from workers, in the glu department, about wearing a hairnet over the turban, even when others wear baseball caps, no hair nets over their hair, and how the plaintiff already wears a hairnet and then his turban, that the people feel condescending, feel many people do not like the Talibans and Arabs, and that we cannot have that, you must cover up your turban, discussed as well the maintenance man, suddenly after getting written up, even though the plaintiff was given the items, now people ask and watch me, and no matter what tool the plaintiff uses for work is asked "where are you going to take this, whatcha going to do with that? Are you taking that item home?" And then hiding work items the plaintiff needs to complete his work for the day. Discussed all the racial verbiages with nigger, taliban etc, and discussed more. The following week, a written warning and involved Mark and that the plaintiff was going to see that everyone will get a paper that they will have a new policy about items.

### Paragraph #9
Yet even as time passed and people come and go, no document ever existed nor handed out, and that the only person singled out is the colored criminal person on the account of the plaintiffs race. People approach plaintiff all the time, and then finally after returning to painting and folding towels, and the medical restrictions still coming out by four different doctors, all given the same restrictions after the meeting with Mark.

### Paragraph #10
In January 2024, Wendy Kocon insisted and demanded that she needed to speak with the Plaintiff's doctors, that she needed verbal permission to do so, otherwise they would retaliate against the Plaintiff. Wendy inflicted fear upon Shivsaywack. The plaintiff would tell Human Resources Amy Kuhn numerous times that he needed to see the doctor for the shoulder, and Amy would always claim "you are not seeing the doctor for workmans comp, you are seeing the doctor for something not related to the fall, other medical problems" The plaintiff would give Amy the medical documents and Amy would

not put them in the file, nor would she inform the proper channels for the time sensitivity, and then when the doctors appointment shows up, Amy would ask when the doctors is, just for a later time to deny any information given to her,  Amy would claim she doesn't remember having anything, yet she wants all the therapist notes for reference and to invade the privacy. The plaintiff would say here are the restrictions, and the restrictions were not accommodated and ignored all the time, because they would think the plaintiff is lying and targeting the plaintiff for pulling some sort of colored black mans nigger conjob on them. So the plaintiff would have to continuously live in fear about going to the doctor for his workmans comp injury after repeatedly living in fear of all the attacks on his time that he is at work Even then the plaintiff, still unable to use his left hand, was forced to use the right hand only for painting.

Paragraph #11

Occasionally people would give discarded drums to the plaintiff with signed signatures and supervisors, even with written permission. Now Lee Kasperson would come and take off the drums out of the plaintiffs truck and throw them into the dumpster. Somewhere around on about February 20, 2024, Kevin Grau, approved of the plaintiff approval with the drums, Lee Kasperson was waiting for the plaintiff around noon, waiting for him, and the supervisor Donna Mann, and they were right stand up talking and waiting for the plaintiff to remove the drums. The plaintiff sees he might have a problem with them based on the past, and the guys are making rounds 5-6x a day looking and checking into the plaintiff's vehicle checking to make sure if the plaintiff is stealing company property. Obviously Amy and the company are sending this watchdog to make contact with the plaintiff to see if any potential thefts. Singled out, yet again. As the plaintiff goes to remove the drum, to his truck, even saying got these drums from Kevin, and showing the approval slip written in Kevin's own handwriting, and he felt embarrassed. Lee Kasperson, in front of Donna Mann, retaliated. Lee took the drum and smashed it into the compactor. The next day, the plaintiff who has doctors notes for two hours on and two hours off to wear braces, the doctors say to rest the feet and use the equipment to heal and use up for longer time frames. About 8:15 am in the morning on the May 21, 2024 with a garbage cart coming out from the janitor closet where the plaintiff keeps his personal things, seeing Lee throw the plaintiffs items into the garbage. The janitor Michelle Nelson put her name and own hand writing in a note that she saw Lee put the plaintiffs items in the cart and walked out of the janitors closet. The plaintiff called out to Lee three times "Lee stop, where are you taking my things?" Michelle said "why did that guy take your stuff, it wasn't bothering anybody?" Those braces are $3800+ paid by medicare once every five years. Seeing my coat, my braces in the compactor, all smashed up, and the rest of the items all in the garbage, the guy committed a hate crime against the plaintiff. The medical disability. In the month of May, 2024, the plaintiff tried to get replacements, however, since medicare only pays it once every five years, and the plaintiff did not have $3800 cash, he could not get new braces. They allowed him to get a cane. The plaintiff has glaucoma stage 3, with the blur of the eyes prevented from driving with the sun, and wore the glasses for about three weeks, Troy Mork, optometrist. Again Lee Kasperon took the coat and the blood level has to be right, without the cyanocobalamin medication took, saw him with crumpled hands and my coat, is in the dirty boxes with mud, rain and medication all broken up all over the place. Injection missing, and glasses missing. Plaintiff had to go back and get new prescriptions.

Paragraph #12

Happened Wednesday before Memorial day. On the May 27, 2024, went to paint and continue painting. The yellow paint was gone, removed from the cart, plaintiff went to look in the cabinet, and saw the red three gallons and two gallons yellow were secretly removed. Obviously Management must know, because Lee could not remove the paint without their approval. They believe the painter plaintiff is stealing paint, in reality no such thing is happening. The next day the plaintiff had his nephew Tremayne Talbot drive the plaintiff to the EEOC directly downtown and talked to Diane, and to send

the papers directly to her, they are filled up and no longer have the manpower to do anything, over six months waiting periods, if full or missed, then the appointment gets pushed back again.

Paragraph #13
On the June 6th, 2024 there was a farewell party for 35 years of service, the plaintiff wore his sports velvet coat, and turban, and left the farewell party being over, hanging his jacket in the janitorial closet, and certain tools like; broom, vacuum, dustpan, paint etc. Since the paint was secretly removed and so the plaintiff went outside to do sweeping on the outside. Now the plaintiff sees Lee Kasperin bring out the plaintiffs velvet coat, and throwing it onto the ground in front of his vehicle, and the plaintiff asks "Lee why are you always taking my things and throwing them away?" Lee responds" Don't keep anything of yours into the building, if you don't like it here, go back to your country!"

Paragraph #14
A week later around Tuesday June 11, 2024 the plaintiff sees Lee Kaspersin, Rick Fruit, and Jeff Hendrix, Jeff Witman also a manager, they were installing a motion activated camera directly over the plaintiffs vehicle and the plaintiff heard Lee Kaspersin, don't put it too high, put it to where we can see the plaintiff secretly taking things to his car and you need to focus it right on him!" It's about 25 feet away from the door, under the dock. Mark reinstalled the parking privilege back to the Plaintiff around September 2023. Doctor Mark Salita note in January 2024, should be allowed to park close to the building to avoid falling.

Exhibits #9

Name: Chevy P Singh | DOB: 3/14/1953 | MRN: 1003343956 | PCP: Marc Andrew Salita, MD | Legal Name: Shivsaywack P Singh



**welia❤️**
HEALTH
*FirstLight Health System*

**Welia Health - Hinckley**
620 Sandy Ln
HINCKLEY MN 55037
320-384-6189

Shivsaywack P Singh
3040 330th Ave
Hinckley MN 55037

November 22, 2023

To whom it may concern

Continue present restrictions for work. Ankle brace 2 hours on and 2 ours off throughout the shift.

If you have any questions do not hesitate to call.

Donald A Dahlen, MD

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

Exhibits #10

Name: Chevy P Singh | DOB: 3/14/1953 | MRN: 1003343956 | PCP: Marc Andrew Salita, MD | Legal Name: Shivsaywack P Singh



**HEALTH**

*Formerly*
*FirstLight Health System*

Welia Health - Hinckley
620 Sandy Ln
HINCKLEY MN 55037
320-384-6189

Shivsaywack P Singh
3040 330th Ave
Hinckley MN 55037

December 14, 2023

To whom it may concern:

Chevy needs to take his medications with food at work. Medication may cause drowsiness and blurred vision.

If you have any questions do not hesitate to call.

Donald A Dahlen, MD

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

32

Exhibits #11

Name: Chevy P Singh | DOB: 3/14/1953 | MRN: 1003343956 | PCP: Marc Andrew Salita, MD | Legal Name: Shivsaywack P Singh

## Allina Health ✿

Allina Health Richfield Clinic
407 W 66th St
RICHFIELD MN 55423
612-798-8800

**CLINIC REPORT OF WORKABILITY**

| Employee: Shivsaywack P Singh | Date: 1/9/2024 | Arrival time: |
|---|---|---|
| SS#: xxx-xx-4453 | DOB: 3/14/1953 | Time roomed: |
| Employer: | Date of Injury: 8/3/23 | Time out: |
| Employer phone: NA | Employer fax: NA | Contact person: |
| Employer contacted: yes | | |

**DIAGNOSIS:** left shoulder pain
Work related injury/illness? no
Maximum medical improvement? no
Permanent Partial Disability? too early to determine
Anticipate permanent restrictions: to be determined

**RETURN TO WORK** Return to work WITH LIMITATIONS today through 3/9/24
**EMPLOYEE'S CAPABILITIES**

| Lift/Carry | Push/Pull | Bend: N/A | Avoid the following hand and wrist activities: |
|---|---|---|---|
| **0-10 lbs:** occasional, 1-33% | **0-25 lbs:** occasional, 1-33% | occasional, 1-33% **Twist/turn:** occasional, 1-33% | Operate power/vibrating tools: not applicable |
| **11-20 lbs:** occasional, 1-33% | **26-50 lbs:** Not at all | **Kneel:** occasional, 1-33% **Squat:** | Coarse manipulation: not applicable Torquing/crimping: not applicable Grasping – light: not applicable |
| **21-35 lbs:** Not at all | **51-75 lbs:** Not at all | occasional, 1-33% **Sit:** continuous, 67-100% | Grasping – heavy: not applicable Out-stretched arms: not applicable |
| **36-50 lbs:** Not at all | **76-100 lbs:** Not at all | **Stand/walk:** occasional, 1-33% **Overhead reaching:** | ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ ~~~~ |
| **51-100 lbs:** Not at all | | Not at all **Ladder/stair climb:** Not at all **Rotate activities/positions:** occasional, 1-33% | One-handed work only: not applicable **Other:** Not applicable. |

**TREATMENT/OTHER RESTRICTIONS:** Medication: ibuprofen
Specialist Referral to dr doohen
The above has been discussed with the employee.

**RETURN TO CLINIC:** Return to Clinic in 6 weeks

Marc Salita M.D.    1/9/2024
NOTICE TO EMPLOYEE: YOU [...] PORT TO YOUR EMPLOYER
OR WORKERS' COMPENSATION [...] CONSULTANT IF YOU HAVE

Exhibit #12

Name: Chevy P Singh | DOB: 3/14/1953 | MRN: 1003343956 | PCP: Marc Andrew Salita, MD | Legal Name: Shivsaywack P Sing

# Allina Health ✦

Allina Health Richfield Clinic
407 W 66th St
RICHFIELD MN 55423
612-798-8800
Shivsaywack P Singh
3040 330th Ave
Hinckley MN 55037

1/9/2024

To whom it may concern,

   I am the physician for Shivsaywack P Singh and am writing you regarding his work.  He called 12/19 to be seen today for his follow up of his work restrictions.  He was seen today by me for the first time for this issue and he was given for work restrictions for light duty. .

Please call if questions.

Sincerely,

Dr Marc Salita

Shivsaywack P Singh   DOB:3/14/1953   page 1 of 1

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

Exhibit #13

# Allina Health ⚕

Allina Health Richfield Clinic
407 W 66th St
RICHFIELD MN 55423
612-798-8800

## CLINIC REPORT OF WORKABILITY

| Employee: Shivsaywack P Singh | Date: 1/17/2024 | Arrival time: |
|---|---|---|
| SS#: xxx-xx-4453 | DOB: 3/14/1953 | Time roomed: |
| Employer: | Date of Injury: 8/3/23 | Time out: |
| Employer phone: NA | Employer fax: NA | Contact person: |
| Employer contacted: yes | | |

**DIAGNOSIS:** left shoulder pain
Work related injury/illness? no
Maximum medical improvement? no
Permanent Partial Disability? too early to determine
Anticipate permanent restrictions: to be determined

**RETURN TO WORK** Return to work WITH LIMITATIONS today through 3/9/24
**EMPLOYEE'S CAPABILITIES**

| Lift/Carry | Push/Pull | Bend: N/A | Avoid the following hand and wrist activities: |
|---|---|---|---|
| 0-10 lbs: occasional, 1-33% | 0-25 lbs: occasional, 1-33% | occasional, 1-33% Twist/turn: occasional, 1-33% | Operate power/vibrating tools: not applicable |
| 11-20 lbs: occasional, 1-33% | 26-50 lbs: Not at all | Kneel: occasional, 1-33% Squat: occasional, 1-33% | Coarse manipulation: not applicable Torquing/crimping: not applicable |
| 21-35 lbs: Not at all | 51-75 lbs: Not at all | Sit: continuous, 67-100% Stand/walk: | Grasping – light: not applicable Grasping – heavy: not |
| 36-50 lbs: Not at all | 76-100 lbs: Not at all | occasional, 1-33% Overhead reaching: Not at all Ladder/stair climb: | applicable Out-stretched arms: not applicable |
| 51-100 lbs: Not at all | | Occasionally Rotate activities/positions: occasional, 1-33% | ----------------------  --------------  One-handed work only: not applicable Other: Not applicable. |

**TREATMENT/OTHER RESTRICTIONS:** Medication: ibuprofen
Specialist Referral to dr doohen
The above has been discussed with the employee.

**RETURN TO CLINIC:** Retu

Exhibit #14

# Allina Health ✚

Allina Health Cambridge Clinic
701 S Dellwood St
CAMBRIDGE MN 55008
763-688-7777

### CLINIC REPORT OF WORKABILITY

| | | |
|---|---|---|
| Employee: Shivsaywack P Singh | Date: 2/21/2024 | Arrival time: |
| SS#: xxx-xx-4453 | DOB: 3/14/1953 | Time roomed: 1318 |
| Employer:<br>Minmor Industries<br>847 Howe Ave<br>Mora MN 55051<br>OCC: maintenance | Date of Injury: 08/03/23 | Time out: 1:40 PM |

**DIAGNOSIS:** left rotator cuff disorder
Work related injury/illness? yes
Maximum medical improvement? no
Permanent Partial Disability? too early to determine
Anticipate permanent restrictions: to be determined

**RETURN TO WORK** Return to work WITH LIMITATIONS today through next visit

**EMPLOYEE'S CAPABILITIES**

| Lift/Carry | Push/Pull | | Avoid the following hand and wrist activities: |
|---|---|---|---|
| **0-10 lbs:**<br>continuous, 67-100% | **0-10 lbs:**<br>continuous, 67-100% | **Overhead reaching:**<br>Not at all | Operate power/vibrating tools: left<br>Coarse manipulation: left |
| **>10 lbs:**<br>Not at all | **>10 lbs:**<br>Not at all | **Rotate activities-**<br>**Frequently-** | Torquing/crimping: left<br>Grasping – light: not applicable<br>Grasping – heavy: left<br>Out-stretched arms: left |
| **No lift /carry/**<br>**push/pull at or**<br>**above shoulder** | | | May rotate folding towels, painting and light mopping<br>Rest shoulders 10 min every hour<br>------------------------------------------<br>----- |

**TREATMENT/OTHER RESTRICTIONS:** continue physical therapy
Medication: tylenol, ibuprofen
Ice 15 minutes at a time with light cloth on the skin
Heat 15 minutes at a time with light cloth on the skin
Stretching exercises
Specialist Referral to orthopedics
The above has been discussed with the employee.

**RETURN TO CLINIC:** Return to Occ Med after consult. Consult to Ortho with Dr Doohen on 2/28/24 at 9:45 AM.
Follow up with Bob Bendickson on 3/06/24 at 1:00 PM.

License Number: MN8941
Robert Bendickson PA-C    2/21/2

Page   1 / 2    —   ⊕   +

Exhibit #15

# Allina Health 💮

Allina Health Cambridge Clinic
701 S Dellwood St
CAMBRIDGE MN 55008
763-689-8700

### CLINIC REPORT OF WORKABILITY

| Employee: Shivsaywack P Singh | Date: 2/28/2024 | Arrival time: |
|---|---|---|
| SS#: xxx-xx-4453 | DOB: 3/14/1953 | Time roomed: |
| Employer:<br>Minmor Industries<br>B47 Howe Ave<br>Mora MN 55051<br>OCC.maintenance | Date of Injury: 08/03/23 | Time out: |

**DIAGNOSIS:** left rotator cuff disorder
Work related injury/illness? yes
Maximum medical improvement? no
Permanent Partial Disability? too early to determine
Anticipate permanent restrictions: to be determined

**RETURN TO WORK** Return to work WITH LIMITATIONS today through next visit

### EMPLOYEE'S CAPABILITIES

| Lift/Carry | Push/Pull | | Avoid the following hand and wrist activities: |
|---|---|---|---|
| 0-10 lbs:<br>continuous. 67-100% | 0-10 lbs:<br>continuous. 67-100% | Overhead reaching:<br>Not at all | Operate power/vibrating tools: left<br>Coarse manipulation: left |
| >10 lbs:<br>Not at all | >10 lbs:<br>Not at all | Rotate activities-<br>Frequently- | Torquing/crimping: left<br>Grasping – light. not applicable<br>Grasping – heavy: left<br>Out-stretched arms. left |
| No lift /carry/<br>push/pull at or<br>above shoulder | | | May rotate folding towels, painting and light mopping<br>Rest shoulders 10 min every hour |

**TREATMENT/OTHER RESTRICTIONS:** continue physical therapy
Medication: tylenol, ibuprofen
Ice 15 minutes at a time with light cloth on the skin
Heat 15 minutes at a time with light cloth on the skin
Stretching exercises

The above has been discussed with the employee.

**RETURN TO CLINIC:** Return to Occ Med after consult. Follow up with Bob Bendickson on 3/06/24 at 1:00 PM.
Injection today, if not better in 6 weeks return to Dr. Doohen to consider surgical repair

ROBERT DOOHEN, MD    2
NOTICE TO EMPLOYEE: YOU PORT TO YOUR EMPLOYER
OR WORKERS' COMPENSATIO CONSULTANT IF YOU HAVE

Exhibit #16

# Allina Health ⚕

Allina Health Cambridge Clinic
701 S Dellwood St
CAMBRIDGE MN 55008
763-688-7777

## CLINIC REPORT OF WORKABILITY

| Employee: Shivsaywack P Singh | Date: 3/6/2024 | Arrival time: |
|---|---|---|
| SS#: xxx-xx-4453 | DOB: 3/14/1953 | Time roomed: |
| Employer: Employer: Minmor Industries 847 Howe Ave Mora MN 55051 | Date of Injury: 8-3-2023 | Time out: 1:22 PM |

**DIAGNOSIS:** left rotator cuff disorder
Work related injury/illness? yes
Maximum medical improvement? no
Permanent Partial Disability? too early to determine
Anticipate permanent restrictions: to be determined

**RETURN TO WORK** Return to work WITH LIMITATIONS today through next visit

### EMPLOYEE'S CAPABILITIES

| Lift/Carry | Push/Pull | Bend: 30 degrees | Avoid the following hand and wrist activities: |
|---|---|---|---|
| 0-10 lbs: continuous, 67-100% | 0-25 lbs: occasional, 1-33% | occasional, 1-33% Twist/turn: occasional, 1-33% | Operate power/vibrating tools: left Coarse manipulation: left |
| 11-20 lbs: occasional, 1-33% | >25 lbs: Not at all | Kneel: occasional, 1-33% Squat: occasional, 1-33% | Torquing/crimping: left Grasping -- light: not applicable Grasping -- heavy: left |
| >20 lbs: Not at all | | Sit: frequent, 34-66% Stand/walk: occasional, 1-33% Overhead reaching: Not at all Ladder/stair climb: No ladders May do 8 stairs Rotate activities/positions: occasional, 1-33% | Out-stretched arms: left |

**TREATMENT/OTHER RESTRICTIONS:** continue physical therapy
Medication: tylenol, ibuprofen
Ice 15 minutes at a time with light cloth on the skin
Heat 15 minutes at a time with light cloth on the skin
Stretching exercises
The above has been discussed with the employee.

**RETURN TO CLINIC:** Return to O                              son, PA on Wed Mar 27th @ 1:00

Page  1 / 2   —   ⊕   +

_License Number: MN8941

Exhibit #17

# Allina Health 🌺

Allina Health Cambridge Clinic
701 S Dellwood St
CAMBRIDGE MN 55008
763-688-7777

**CLINIC REPORT OF WORKABILITY**

| Employee: Shivsaywack P Singh | Date: 3/27/2024 | Arrival time: |
|---|---|---|
| SS#: xxx-xx-4453 | DOB: 3/14/1953 | Time roomed: |
| Employer: Employer: Minmor Industries 847 Howe Ave Mora MN 55051 | Date of Injury: 8-3-2023 | Time out: 1:50 |

**DIAGNOSIS**: left rotator cuff disorder
Work related injury/illness? yes
Maximum medical improvement? no
Permanent Partial Disability? too early to determine
Anticipate permanent restrictions: to be determined

**RETURN TO WORK** Return to work WITH LIMITATIONS today through next visit

**EMPLOYEE'S CAPABILITIES**

| Lift/Carry | Push/Pull | Bend: 30 degrees | Avoid the following hand and wrist activities: |
|---|---|---|---|
| 0-10 lbs: continuous, 67-100% | 0-25 lbs: occasional, 1-33% | occasional, 1-33% Twist/turn: occasional, 1-33% | Operate power/vibrating tools: left Coarse manipulation: left |
| 11-20 lbs: occasional, 1-33% | >25 lbs: Not at all | Kneel: occasional, 1-33% Squat: occasional, 1-33% | Torquing/crimping: left Grasping – light: not applicable Grasping – heavy: left |
| >20 lbs: Not at all | | Sit: frequent, 34-66% Stand/walk: occasional, 1-33% Overhead reaching: Not at all Ladder/stair climb: No ladders May do 8 stairs Rotate activities/positions: occasional, 1-33% | Out-stretched arms: left |

**TREATMENT/OTHER RESTRICTIONS**: continue physical therapy
Recheck with orthopedics as planned
Medication: tylenol, ibuprofen
Ice 15 minutes at a time with light cloth on the skin
Heat 15 minutes at a time with light cloth on the skin
Stretching exercises
The above has been discussed with the employee.

**RETURN TO CLINIC**: Return to [Page 1 / 2] 24th at 09:15, then Bob Bendickson on April 24th at 10:20

Exhibit #18

# Allina Health ✿

Allina Health Cambridge Clinic
701 S Dellwood St
CAMBRIDGE MN 55008
763-688-7777

### CLINIC REPORT OF WORKABILITY

| Employee: Shivsaywack P Singh | Date: 4/24/2024 | Arrival time: |
|---|---|---|
| SS#: xxx-xx-4453 | DOB: 3/14/1953 | Time roomed: |
| Employer: Employer: Minmor Industries 847 Howe Ave Mora MN 55051 | Date of injury: 8-3-2023 | Time out: |

**DIAGNOSIS:** left rotator cuff disorder

Work related injury/illness? yes

Maximum medical improvement? no

Permanent Partial Disability? too early to determine

Anticipate permanent restrictions: to be determined

**RETURN TO WORK** Return to work WITH LIMITATIONS today through next visit
**EMPLOYEE'S CAPABILITIES**

| Lift/Carry | Push/Pull | | Avoid the following hand and wrist activities: |
|---|---|---|---|
| 0-10 lbs: continuous, 67-100% | 0-25 lbs: continuous, 67-100% | **Overhead reaching:** occasional, 1-33% **Ladder/stair climb:** occasional, 1-33% | Operate power/vibrating tools: left Coarse manipulation: left Torquing/crimping: left |
| 11-20 lbs: continuous, 67-100% | >25 lbs: Not at all | | Grasping – light: not applicable Grasping – heavy: left Out-stretched arms: left |
| >20 lbs: Not at all | | | ---- |

**TREATMENT/OTHER RESTRICTIONS:** continue physical therapy

Medication: tylenol, ibuprofen

Ice 15 minutes at a time with light cloth on the skin

Heat 15 minutes at a time with light cloth on the skin

Stretching exercises

Specialist Referral to Rusty McDonald for possible PRP injection left shoulder

The above has been discussed with the employee.

**RETURN TO CLINIC: Appt. Made with Rusty on May 3rd at 08:40 for Consult ......Return to Occ Med 2 weeks** "after injection"

License Number: MN8941

Robert Bendickson PA-C   4/24/2024   10:24 AM   4/24/2024

**NOTICE TO EMPLOYEE: YOU MUST PROMPTLY PROVIDE A COPY OF THIS REPORT TO YOUR EMPLOYER OR WORKERS' COMPENSATION** _____ **CONSULTANT IF YOU HAVE ONE.**

Page   1  /  2        ⊕   +

Exhibit #19

# Allina Health ⚘

Allina Health Cambridge Clinic
701 S Dellwood St
CAMBRIDGE MN 55008
763-688-7777

**CLINIC REPORT OF WORKABILITY**

| Employee: Shivsaywack P Singh | Date: 5/10/2024 | Arrival time: |
|---|---|---|
| SS#: xxx-xx-4453 | DOB: 3/14/1953 | Time roomed: |
| Employer: Employer:<br>Minmor Industries<br>847 Howe Ave<br>Mora MN 55051 | Date of Injury: 8-3-2023 | Time out: |

**DIAGNOSIS:** left rotator cuff disorder
Work related injury/illness? yes
Maximum medical improvement? no
Permanent Partial Disability? too early to determine
Anticipate permanent restrictions: to be determined

**RETURN TO WORK** Return to work WITH LIMITATIONS today through 6/27/247
**EMPLOYEE'S CAPABILITIES**

| Lift/Carry | Push/Pull | | Avoid the following hand and wrist activities: |
|---|---|---|---|
| 0-10 lbs:<br>continuous, 67-100% | 0-25 lbs:<br>continuous, 67-100%<br><br>>25 lbs:<br>Not at all | Overhead reaching:<br>occasional, 1-33%<br>Ladder/stair climb:<br>occasional, 1-33% | Operate power/vibrating tools: left<br>Coarse manipulation: left<br>Torquing/crimping: left<br>Grasping – light: not applicable<br>Grasping – heavy: left<br>Out-stretched arms: left |
| 11-20 lbs:<br>continuous, 67-100% | | | |
| >20 lbs:<br>Not at all | | | |

**TREATMENT/OTHER RESTRICTIONS:**
Home exercise program, work on your exercises on your own, hold off on any current physical therapy
Medication: tylenol, ibuprofen
Ice 15 minutes at a time with light cloth on the skin
Heat 15 minutes at a time with light cloth on the skin

Surgical repair on 6/27/24 with out of work up to 12 weeks post-op
The above has been discussed with the employee.

**RETURN TO CLINIC:**
**2, 6, and 12 weeks post-op**

License Number: MN 49969
ROBERT DOOHEN, MD    5/10/2024  9:34 AM

NOTICE TO EMPLOYEE: YOU ... PORT TO YOUR EMPLOYER
OR WORKERS' COMPENSATIO... CONSULTANT IF YOU HAVE

Exhibit #20

Name: Chevy P Singh | DOB: 3/14/1953 | MRN: 1003343956 | PCP: Marc Andrew Salita, MD | Legal Name: Shivsaywack P Singh



FirstLight Health System

Welia Health - Hinckley
620 Sandy Ln
HINCKLEY MN 55037
320-384-6189


RE: Shivsaywack P Singh
    3040 330th Ave
    Hinckley MN 55037



May 30, 2024

To Whom It May Concern:

Please allow Chevy to use his cane as needed at work until he is able to obtain replacement braces for his legs.


Sincerely,


Marc J Myer, MD

Shivsaywack P Singh   DOB:3/14/1953   page 1 of 1


MyChart® licensed from Epic Systems Corporation© 1999 - 2024

Paragraph #16

Sometime in April 2024, the plaintiff was having therapy treatment, and in two weeks the plaintiff accumulated 40 minutes of overtime, and yet the neighbor and friend Lee Kasparin sits in the office accumulates, 20 hours overtime on average, and many other employees accumulate 40-50 hours overtime over said two weeks time frame, and yet they are not talked about, where as the plaintiff was reprimanded for three days in regards to his overtime, and not once was another employee reprimanded for any overtime, yet they do this every paycheck timeframe.

Paragraph #17

Having to go to the companies own private doctor for June 19, 2024 right before the surgery, Amy HR and Paula Baker the workmans comp had conversations about nothing being paid, but decided to have the plaintiff get another confirmation from August 3, 2023 to June 19, 2024 almost an entire year later knowing full well that they allowed this to continue

43



44

...klyn Park, MN 55443 ...ng Suite

It is very important you attend this examination
unable to attend the exam on June 19, 2024,
reschedule the appointment.

Failure to attend this examination may result in the
a cancellation fee as a result of your failure to atte
from you pursuant to the applicable case law, inclu
by taking a credit against any workers' compensat

Sincerely,

Paula Sevenich
WC Claims Adjuster
(800) 362-4670 Ext. 4737

P.O. Box 1252 | Minneapolis, MN 5

Employers Mutual Casualty Company
EMCASCO Insurance Company
EMC Reinsurance Company

Illinois EMCASCO Insuran
Dakota Fire Insurance Com
EMC Property & Casualty C

---

We have arranged for you to attend an Independent Medical E
scheduled for Wednesday June 19, 2024, at 12:15 PM for the

**Brooklyn Park- Vilhauer Physical Therapy**
**Edinburgh Executive Office Plaza**
**8525 Edinbrook Crossing Suite #1**
**Brooklyn Park, MN 55443**

It is very important you attend this examination and arrive on time
unable to attend the exam on June 19, 2024, at 12:15 PM, ple
reschedule the appointment.

Failure to attend this examination may result in the discontinuanc
a cancellation fee as a result of your failure to attend the examin
from you pursuant to the applicable case law, including Rath v. Pe
by taking a credit against any workers' compensation benefits you

Sincerely,

Paula Sevenich
WC Claims Adjuster
(800) 362-4670 Ext. 4737

45

Paragraph #18

Where the workers go out to have their break, including Lee Kasperson, Jeff Hendrix, there is no camera is put anywhere near there, where there is multiple thousands of dollars of machinery, and equipment. The camera was put right where the plaintiff sits and has his breaks. This is the only single camera singling out to try to trap the plaintiff for stealing, entrapment. To provoke the plaintiff, however, the plaintiff always remains calm and cool-headed. They were monitoring the plaintiff all the time. The plaintiff even having people ask the plaintiff to take the drums repeatedly, now declining, because it is nothing but trouble. Mark Miner has to know all these things, and they conspired together. The plaintiff condition continued to deteriorate and after 28+ falls later, finally having surgery and will need further surgery, all banged out, in and out seeing doctors, and needing therapists, doctors recommending for assisted living, the therapists stating they cannot stop the numbness, always have to wear a helmet, and continuous operations. The plaintiffs social life is shot, has PTSD syndrome, post traumatic stress disorder, cannot sleep, emotional duress. The EEOC sent the charges to the company around August 1, 2024.

46

EEOC Form 5 (11/09)

| **CHARGE OF DISCRIMINATION** | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 444-2024-00780 |

| Minnesota Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)<br>Shivsaywack Singh | Home Phone<br>(320) 279-3571 | Year of Birth<br>1953 |
|---|---|---|

Street Address
3040 330th ave
Hinckley, MN 55037

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>OLYMPAK | No. Employees, Members<br>15 - 100 Employees | Phone No.<br>(763) 504-5478 |
|---|---|---|

Street Address
847 HOWE AVENUE
Mora, MN 55051

| Name | No. Employees, Members | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| Age, Color, Disability, National Origin, Race, Religion, Retaliation | Earliest: 03/01/2023    Latest: 07/23/2024 |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I.I was hired in or about April 2020. I most recently worked as a Maintenance worker. During my employment, I was harassed when my personal items were thrown on the ground or placed in the trash compactor. I was also required to wear a hairnet over by turban. I reported the treatment to Respondent, but the treatment continued.

ILI believe I was discriminated against based on my race (Asian), national origin (East Indian), color (dark skin), religion (Christian and Hindu), age (YOB 1953), disability, and in retaliation for engaging in protected activity in violation of Title VII of the Civil Rights Act of 1964, as amended; the Age Discrimination in Employment Act of 1967, as amended; the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |

All the meanwhile requesting verbally for the personnel files resulted in nothing over many months. Only in writing and having the EEOC charge sent in did the final files be sent over see the email on August 8, 2024:

Gmail Shivsaywack Singh <singhshivsaywack@gmail.com>

**Urgent Need of Shivsaywack File**
3 messages

tremayne tech <tremayne.techpro@gmail.com> Thu, Aug 8, 2024 at 5:30 PM
To: wkocon@mellosmello.com
Cc: Shiv Bamboo <singhshivsaywack@gmail.com>

Shivsaywack is requesting his personnel file urgently, please email it to his email to singhshivsaywack@gmail.com

Personnal file Singh Shivsaywack.pdf
49K

Wendy Kocon <wkocon@mellosmello.com> Thu, Aug 15, 2024 at 2:59 PM
To: Shivsaywack Singh <singhshivsaywack@gmail.com>
Cc: "tremayne.techpro@gmail.com" <tremayne.techpro@gmail.com>, Melissa Hoeprer <mhoepner@minmor.com>

Good afternoon Shivsaywack,

I am reaching out to confirm receipt of your email and request for a copy of your personnel file.

We will need your signature on the attached for our records.

Once signed and returned, we will provide your request according to the Statute referenced.

Thank you.

By: Urgently

Dated: 8/8/2024

Wendy Kocon
o. 763.504.5479
e. wkocon@minmor.com
w. www.minmor.com
Our Mission: Making People Smile

MinMor Industries

[Quoted text hidden]

Personnal file Singh Shivsaywack.pdf
49K

Shivsaywack Singh <singhshivsaywack@gmail.com> Wed, Aug 21, 2024 at 11:03 AM
To: Wendy Kocon <wkocon@mellosmello.com>
Cc: "tremayne.techpro@gmail.com" <tremayne.techpro@gmail.com>, Melissa Hoeprer <mhoepner@minmor.com>

REQUEST FOR COPY OF PERSONNEL FILE

TO:

FROM: Shivsaywack Singh

By: Urgently

Dated: 8/8/2024

[Quoted text hidden]

*"Urgent Need of Shivsaywack File*
*3 messages*
*tremayne tech <tremayne.techpro@gmail.com> Thu, Aug 8, 2024 at 5:30 PM*
*To: wkocon@mellosmello.com*
*Cc: Shiv Bamboo <singhshivsaywack@gmail.com>*
*Shivsaywack is requesting his personnel file urgently, please email it to his email to singhshivsaywack@gmail.com*
*Personnal file Singh Shivsaywack.pdf*

*49K*

*Wendy Kocon <wkocon@mellosmello.com> Thu, Aug 15, 2024 at 2:59 PM*
*To: Shivsaywack Singh <singhshivsaywack@gmail.com>*
*Cc: "tremayne.techpro@gmail.com" <tremayne.techpro@gmail.com>, Melissa Hoepner*
*<mhoepner@minmor.com>*
*Good afternoon Shivsaywack,*
*I am reaching out to confirm receipt of your email and request for a copy of your personnel file.*
*We will need your signature on the attached for our records.*
*Once signed and returned, we will provide your request according to the Statute referenced.*
*Thank you."*

Shivsaywack Singh <singhshivsaywack@gmail.com>                                    Wed, Aug 21, 2024 at 11:03 AM
To: Wendy Kocon <wkocon@mellosmello.com>
Cc: "tremayne.techpro@gmail.com" <tremayne.techpro@gmail.com>, Melissa Hoepner <mhoepner@minmor.com>



The files were sent and received by the plaintiff on August 30, 2024, weeks after, and upon inspection by the plaintiff noticing that majority of the personnel files no longer match the documents sent as the Human Resources and company removed documents from the files, to show nothing happening. The personnel files were withheld, or destroyed after requesting numerous times, until having the EEOC filed. See email:



Exhibit #21

Name: Chevy P Singh | DOB: 3/14/1953 | MRN: 1003343956 | PCP: Marc Andrew Salita, MD | Legal Name: Shivsaywack P Singh



**Welia Health - Hinckley**
620 Sandy Ln
HINCKLEY MN 55037
320-384-6189

RE: Shivsaywack P Singh
3040 330th Ave
Hinckley MN 55037

July 18, 2024

To Whom It May Concern:

It is my recommendation that Mr. Singh enter an assisted living environment for the betterment of his health and safety.

Sincerely,

Marc J Myer, MD

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

50

Exhibit #22

Name: Chevy P Singh | DOB: 3/14/1953 | MRN: 1003343956 | PCP: Marc Andrew Salita, MD | Legal Name: Shivsaywack P Singh



**HEALTH**

Formerly
A ████ ████ Health System

Welia Health - Hinckley
620 Sandy Ln
HINCKLEY MN 55037
320-384-6189

RE: Shivsaywack P Singh
3040 330th Ave
Hinckley MN 55037

July 16, 2024

To Whom It May Concern:

Mr. Singh needs to wear bilateral leg braces as well as a helmet due to a chronic peripheral neurologic condition.

Sincerely,

Marc J Myer, MD

Shivsaywack P Singh  DOB:3/14/1953  page 1 of 1

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

51

Exhibit #23

Name: Chevy P Singh | DOB: 3/14/1953 | MRN: 1003343956 | PCP: Marc Andrew Salita, MD | Legal Name: Shivsaywack P Singh



**welia** HEALTH

*Formerly*
*First Light Health System*

Welia Health - Eye Care Center
301 Hwy 65 S
MORA MN 55051
320-679-2020
**Shivsaywack P Singh**
**DOB:** 3/14/1953

**Spectacle prescription    August 13, 2024:**

OD (right): +1.25-1.50x85
OS (left): +1.25-2.00x78
ADD: +2.50

Electronic Signature
G. Troy Mork, OD    8/13/2024    2:10 PM

Spectacle prescription expires 2 year(s) from the prescription date.
Your next comprehensive eye exam is recommended in 1 year(s).

-------------------------------------------------------------------------------

**Thank you for choosing Welia Health for your vision care needs.**
**Please ask our opticians about discounts on eyewear:**
**15%** off complete pair of eyeglasses
**50 %** off second complete pair of eyeglasses purchased at the same time
**20%** off eyeglasses when purchased with a year's supply of contact lenses

No other discounts apply - discounts cannot be combined with insurance plan coverage.
Shivsaywack P Singh   DOB:3/14/1953   page 1 of 1



MyChart    Page   1  /  1    —    ⊕    +    9 - 2024

Paragraph #15
Amy and other HR personnel would in advance talk with Paula Baker Seveich the workmans comp injury person and talk about things that would be about misinformation, withholding American Disability Medical situations against the plaintiff. They would intentionally and maliciously, knowingly withhold information, and not tell the plaintiff what was needed, or when the plaintiff would give documents to them, be either negligent and play ignorance on the documents, or be an absolute fail at their duties.

Exhibit #24

Name: Chevy P Singh | DOB: 3/14/1953 | MRN: 1003343956 | PCP: Marc Andrew Salita, MD | Legal Name: Shivsaywack P Singh



**welia** HEALTH
*Formerly*
*First Light Health System*
Welia Health - Hinckley
620 Sandy Ln
HINCKLEY MN 55037
320-384-6189

RE: Shivsaywack P Singh
    3040 330th Ave
    Hinckley MN 55037

September 16, 2024

To Whom It May Concern:

I am seeing Chevy in clinic on a regular basis for multiple chronic medical and surgical illnesses.
He will need to remain completely out-of-work for a minimum of three months from this point.

Sincerely,

Marc J Myer, MD

Shivsaywack P Singh   DOB:3/14/1953   page 1 of 1

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

Exhibit #25

Name: Chevy P Singh | DOB: 3/14/1953 | MRN: 1003343956 | PCP: Marc Andrew Salita, MD | Legal Name: Shivsaywack P Singh

# Allina Health ✚

Allina Health Cambridge Clinic
701 S Dellwood St
CAMBRIDGE MN 55008
763-689-8700

Shivsaywack P Singh
3040 330th Ave
Hinckley MN 55037

September 17, 2024

To Whom it May Concern,

Please excuse Shivsaywack P Singh from work. He attended a medical appointment, 9/13/24 . He is able unable to return to work for another 6 weeks. Contact me with any questions or concerns.

Sincerely,
ROBERT DOOHEN, MD   9/17/2024  3:29 PM

MyChart® licensed from Epic Systems Corporation© 1999 - 2024

Paragraph #16
In recent work news from after the EEOC charges, as far as the plaintiff knows as of October 2024 it is said that the General Manager Kevin Grau all of a sudden no longer works at the company being fired only after the EEOC sent the charges. Then Lee Molstre was demoted from manager position to pizza box operator, never showed up, all over the bulletin company news. He retaliated based on being embarrassed that a colored man would prove him wrong, and no longer showed up. Now The Human Resources people continue to call and ask for when the Plaintiff would be going back to work, ignoring all medical documents still and sending messages regarding FMLA leave instead of workmans comp injury, calling a lot, and sending statements in the mail, and emails.

Paragraph #17
The company sent Lynn Kopel as a QRC to the Plaintiff and they said they worked for the state and Mr. Shivsaywack Singh did not need a lawyer for anything. Mr. Singh had already hired a lawyer prior to this for workmans comp and the lawyer sent documents to the company of Olympak and Minmor

prior to Lynn Kopel coming to the Doctor appointment with the plaintiff, yet again the company ignored this information and tried to trick Mr. Singh having this Lynn come to try Mr. Singh to not have representation. They violated the actions of representation, they violate as many things as they can try to get away with because they believe the plaintiff being old, colored, and disabled does not deserve to have the ability to have any rights and should not be defended.

 Gmail

Shivsaywack Singh <singhshivsaywack@gmail.com>

**Leave of absence - S. Singh**
1 message

Melissa Hoepner <mhoepner@minmor.com>                                      Wed, Oct 9, 2024 at 3:37 PM
To: Shivsaywack Singh <Singhshivsaywack@gmail.com>
Cc: Amy Kuhn <akuhn@olympak.com>, Wendy Kocon <wkocon@mellosmello.com>, Kim Miner <kminer@mellosmello.com>

October 9, 2024

Hello Chevy,

As you know, your leave entitlement under the Family and Medical Leave Act was exhausted on Thursday, September 19, 2024. It is our understanding that your medical provider restricted you from returning to work at that time. Specifically, on September 16, 2024, you provided a note from your medical provider, stating that you are restricted from working for a minimum of three months from that date.

MinMor is committed to providing reasonable accommodations to qualified individuals with a disability so that they can perform the responsibilities of their position unless doing so would impose an undue hardship on the company. Consistent with this commitment, at this time, MinMor will provide you unpaid leave until December 16, 2024.

If your work-related restrictions change at any time prior to December 16, please let us know. If not, please provide a note from your medical provider on or before December 16, 2024 releasing you to return to work and/or identifying any ongoing restrictions relating to your ability to perform the responsibilities of your position after that date, including the following information: (1) the nature and severity of your medical condition; (2) any limitations that your medical condition imposes on your ability to perform the responsibilities of your position and the anticipated duration of each of those limitations; and (3) the specific accommodations you are requesting and the duration of those accommodations.

This will confirm that consistent with MinMor's relevant policies, if you need to drop off anything at Olympak or come to the facility for any reason during your leave period, you are required to do so through the facility's front desk. You may not access the Olympak facility via the back door. If you need any accommodations in this regard, please let me know.

Please let me know if you have any questions. We hope that you are doing well, and that your recovery is going well!

Thank you,

Melissa Hoepner
Human Resource Specialist
c. 952.451.2618
e. mhoepner@minmor.com
w. www.minmor.com
Our Mission: Making People Smile

**MinMor** Industries

Paragraph #18

As of October 11, 2024 the Plaintiff saw Dr. Fred Lux the expert in Neurology in the state of Minnesota at Noran Neurological, and advised Mr. Singh to head to a nursing home for specialized care as he is permanently disabled unable to return to work from the removal of the braces from Lee Kasperson at the workplace and causing tremendous injuries from continuous falling. The Plaintiff QRC Tyler Trombley states:

 **Gmail**

Shivasywack Singh <singhshivsaywack@gmail.com>

## RE: SS - Clam No. Z01802320
1 message

Tyler Trombley <ttrombley@askewrehab.com>　　　　　　　　　　　　　　　　　Tue, Oct 15, 2024 at 1:55 PM
To: "Mary.j.daszkiewicz@emcins.com" <Mary.j.daszkiewicz@emcins.com>
Cc: Scott Puklich <scottpuklich@hotmail.com>

Hello.

I am forwarding on to you the October 9, 2024 clinic note of Dr. Doohen. Spine consultation was recommended. Dr. Doohen does not believe Mr. Singh will be capable of working again in the foreseeable future. Mr. Singh reports that he consulted with neurology last week and they echoed this sentiment.

His family medicine provider Dr. Marc Myers, Welia Health, has recommended he have PCA services or move into assisted living, an electric scooter, and noted he may benefit from a chronic pain program. Neurosurgery consultation was also recommended.

Please advise if spine consultation is authorized.

Regards,

Tyler Trombley, MS, CDMS, CRC

Qualified Rehabilitation Consultant #1004

Askew Rehabilitation Services

7400 Metro Blvd. #275

Edina, MN 55439

952-831-1552 x116

F: 952-831-2109

*NOTICE: The foregoing message (including all attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, is CONFIDENTIAL and may also be protected by CONSULTANT-CLIENT or other PRIVILEGE. If you are not the intended recipient of this message, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in error, then delete it.*

**From:** Tyler Trombley
**Sent:** Wednesday, October 9, 2024 12:50 PM
**To:** Mary.j.daszkiewicz@emcins.com
**Cc:** Scott Puklich <scottpuklich@hotmail.com>
**Subject:** SS - Clam No. Z01802320

**From:** Tyler Trombley
**Sent:** Wednesday, October 9, 2024 12:50 PM
**To:** Mary.j.daszkuewicz@emcins.com
**Cc:** Scott Puldich <scottpuldich@hotmail.com>
**Subject:** SS - Clam No. Z01802320

Hello Mary.

Please find enclosed an updated report of workability from Mr. Singh's follow up appointment Dr. Robert Doohen, Allina Health Cambridge Clinics, on October 9, 2024. He is status post left rotator cuff repair. Mr. Singh's progress is limited by his severe spinal stenosis and resulting symptoms. He needs to consult with a spine surgeon. Dr. Doohen advised that Mr. Singh is unable to work. Mr. Singh was advised that he should not return to see Dr. Doohen until his spinal stenosis is taken care of.

Please provide contact information for the employer representative, medical records, and previous QRC records.

Please advise if spinal consultation is authorized.

Regards.

Tyler Trombley, MS, CDMS, CRC

Qualified Rehabilitation Consultant #1004

Askew Rehabilitation Services

7400 Metro Blvd. #275

Edina, MN 55430

952-831-1552 x116

F: 952-831-2109

*NOTICE: The foregoing message (including all attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, is CONFIDENTIAL and may also be protected by CONSULTANT-CLIENT or other PRIVILEGE. If you are not the intended recipient of this message, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender that you have received this message in error, then delete it.*

---

Singh.Shivsaywack 2024-10-09 Clinic Notes.pdf
670K

The plaintiff is bound to follow the doctors orders and recommendations, only the court can overrule this order.  See document below:

Exhibit #26



**NORAN NEUROLOGY**

France Place, 3601 Minnesota Drive, Bloomington, MN 55435
Phone: 612.879.1000  Fax: 612.879.0712
www.noranclinic.com
Blaine-Bloomington-Lake Elmo-Lakeville-Plymouth

page 1

10/11/2024

Shivsaywack P Singh
3040 330th Ave
Hinckley, MN    55037

RE: Shivsaywack P Singh
DOB: 03/14/1953

To whom it may concern:

Restrictions Note: Shivsaywack Singh is advised to discontinue their current placement due to a significantly elevated risk of falls. Contributing factors include bilateral foot drop and spinal stenosis, both of which impair balance and mobility. These conditions increase the likelihood of falls, which could result in severe injury.

Given the patient's vulnerability, it is recommended that they be provided with assistive devices or transferred to a setting such as nursing home where specialized care can be given to reduce fall risks. Please ensure the patient is reassessed regularly for mobility needs and risk mitigation strategies.

Thank you.

Fred Lux., M.D.

Noran Neurology
*REVIEWED AND ELECTRONICALLY SIGNED October 11, 2024 12:11 PM*

Paragraph #19

In the event that the plaintiff is deceased, the plaintiffs estate defendants: Executive Tremayne Talbot, Tamaria Talbot, Trinity Talbot  can proceed with executive action according to Minnesota Statutes

**573.02:  ACTION FOR DEATH BY WRONGFUL ACT; SURVIVAL OF ACTIONS.**

Subdivision 1.**Death action.** When death is caused by the wrongful act or omission of any person or corporation, the trustee appointed as provided in subdivision 3 may maintain an action therefor if the decedent might have maintained an action, had the decedent lived, for an injury caused by the wrongful act or omission. An action to recover damages for a death caused by the alleged professional negligence of a physician, surgeon, dentist, hospital or sanitarium, or an employee of a physician, surgeon, dentist, hospital or sanitarium shall be commenced within three years of the date of death, but in no event shall be commenced beyond the time set forth in section 541.076. An action to recover damages for a death caused by an intentional act constituting murder may be commenced at any time after the death of the decedent. Any other action under this section may be commenced within three years after the date of death provided that the action must be commenced within six years after the act or omission. The recovery in the action is the amount the jury deems fair and just for all damages suffered by the decedent resulting from the injury prior to the decedent's death and the pecuniary loss resulting from the death, and shall be for the exclusive benefit of the surviving spouse and next of kin, proportionate to the pecuniary loss severally suffered by the death. The court then determines the proportionate pecuniary loss of the persons entitled to the recovery and orders distribution accordingly. Funeral expenses and any demand for the support of the decedent allowed by the court having jurisdiction of the action, are first deducted and paid. Punitive damages may be awarded as provided in section 549.20.

If an action for the injury was commenced by the decedent and not finally determined while living, it may be continued by the trustee for recovery of all damages for the exclusive benefit of the surviving spouse and next of kin, proportionate to the pecuniary loss severally suffered by the death. The court on motion shall make an order allowing the continuance and directing pleadings to be made and issues framed as in actions begun under this section.

Subd. 2.**Injury action.** When injury is caused to a person by the wrongful act or omission of any person or corporation and the person thereafter dies from a cause unrelated to those injuries, the trustee appointed in subdivision 3 may maintain an action for all damages arising out of such injury if the decedent might have maintained an action therefor had the decedent lived. An action under this subdivision may be commenced within three years after the date of death provided that the action must be commenced within six years after the act or omission.

Subd. 3.**Trustee for action.** Upon written petition by the surviving spouse or one of the next of kin, the court having jurisdiction of an action falling within the provisions of subdivisions 1 or 2, shall appoint a suitable and competent person as trustee to commence or continue such action and obtain recovery of damages therein. The trustee, before commencing duties shall file a consent and oath. Before receiving any money, the trustee shall file a bond as security therefor in such form and with such sureties as the court may require.

bd. 4.**Applicability.** This section shall not apply to any death or cause of action arising prior to its enactment, nor to any action or proceeding now pending in any court of the state of nnesota, except, notwithstanding section 645.21, this section shall apply to any death or cause of action arising prior to its enactment which resulted from an intentional act constituting rder, and to any such action or proceeding now pending in any court of the state of Minnesota with respect to issues on which a final judgment has not been entered.

## Additional Exhibits and Additional Paragraphs

Paragraph #20

With the plaintiff in his first position as of April 2020,  his early pay rate was $12.00 an hour doing the dirtiest work. That required three people to be able to perform this role. Later upon working with 2 years in August 2022 a person named Daniel Hemming/Henning had come to the Plaintiff and was an outsider from the company and had raised the question why the plaintiff was making $12.00 an hour when minimum employee wages were $15.00 an hour. Daniel argued with Kevin Grau stating how can you not know that you have underpaid this person knowing the pay disparity when everyone else is making over $18.00+ an hour. Kevin Grau bumped the plaintiffs pay rate to $15.00 to not cause major issues. Now upon the plaintiff leaving his role for a promotion to the new position for a pay rate of $18.00 an hour the company started all the other new hires who were white with no experience with a starting rate of $18.00 an hour, this was another pay disparity because the whole time the plaintiff worked with his pay rate was $15.00 an hour, and with years of experience and already working with the company for a few years, compared to a new person starting who is white starting rate with $18.00 with no experience and moved up the ladder right away. The plaintiff has no objections with them getting more compensation, but the company operates where they would not approach the plaintiff to do any pay increases or assist the plaintiff in equal pay rights.

Exhibit #27

# EMPLOYEE COUNCEL FORM

| Employee Name: | Chevy Singh Shivsaywack | | | Date of Incident: | 3.18.23 |
|---|---|---|---|---|---|
| EE #: | 205666 | Dept: | 564 | Date of Hire: | 4.27.2020 |

**Type of incident: Explain**

Date: 3.18.2023

After speaking with both parties, OlymPak learned there was a verbal confrontation in regard to certain Job duties and what employees's responsibilities are. OlymPak requires that everyone works as team members, in all aspects daily, and treats everyone respectfully, per OlymPaks core values.

**Employee Statement**

**DATE: 3.28.2023**                                           **TIME:**

If concerns arise in the future, you have been informed to contact your supervisor directly.
You will be reviewed, 30 days after this notice on your performance. An opportunity will be available to you to for further training if you deem necessary. OlymPaks goal is to ensure all employees have the tools and training they need to be successful.

**Action to be taken**    **X** Warning    ☐ Probation    ☐ Suspension   ☐ Dismissal   ☐ Other:

**Consequence should incident occur again**
Written warning with possible suspension.

I have read this Employee Counsel Notice and understand it. **X**
**AGREE**    DISAGREE
**Reason I disagree:**

Supervisor: Lee Molstre
**Signature of Supervisor**     Date 3/38/23
Supervisor:
**Signature of HR**     Date 3/24/23

## Paragraph #21

In the location where the plaintiff parked his vehicle, there was a single camera placed as described in earlier paragraph #14, yet there was tens of thousands of dollars worth of equipment laying around all over the building inside and outside as shown in the pictures below:, each with no camera pointed anywhere. As shown where there is no equipment is where the camera is facing directly at the plaintiff. Even where all the other employees are sitting for break, there are no cameras. There are no cameras period focusing on anything around the building, and not targeting where individuals are. Yet the single camera is focused as shown where the plaintiff parks his truck in Exhibit #31.

## Paragraph #22

The plaintiff has seen multiple doctors Dr. Marc Meyer, Dr. Marc Salita, Dr. Robert Doohen, Dr. Troy Mork, Dr. Fred Lux, and all these doctors have similar decisions that the removal of the plaintiffs braces further caused injury and complications leading to further injury of the plaintiff which has caused irreparable harm to the plaintiff, these permanent damages and loss of work, and mobility, social life and more placed the plaintiff into early nursing home status. How many more times do the doctors need to cut open the plaintiff, because each of these injuries sustained further from the removal of the braces from Lee Molstre, and destruction of medical equipment and prescriptions. With each fall after the surgery and continuous falls of over 60+ times in the last few months, from February

2024- present. The plaintiff will need to see a concussion doctor next and continue further neverending treatments when the life of the plaintiff is no longer living.

Exhibit #28



Exhibit #29



Exhibit #30



Exhibit #31



Exhibit #32

2.20.2024

Chang is Approved to take
2 55 gallon drums that were
being put into the garbage.



3 discarded Drums

2.22.24
2-22-24

Exhibit #33

Giving Chevy 1 discarded drum

Brent Idauy

4.18.24

TWO DISCARDE DRUM
GIVEN TO Chevy.

Exhibit #34
Michelle Nelson

June 10th 2024

The stuff that chevy had in
cage went missing on about
the 18th may. I have no idea
what lee did with his stuff
(shoes, Braces, Coat, clothes, weights
Chevy said he threw it out.

error May         michelle        Thank you!
          feb. 21st               michelle Nelson

Exhibit #35



Tim Morris

To whom it may concerned

give one 5 U.S. gallon Red gasoline DOT sorded container to

Chevy. and 3 white Tables

6-6-24

612-619-8315

Mello Smello®/Safety Stop™ • 3440 Winnetka Avenue • Minneapolis, MN 55427
1-866-243-7932 • Fax: 763-504-5493 • www.bussafetystop.com

Exhibit #36



I'm giving Chevy Pione.
CD changer.
Brant Hawey   9.9.24

66

Exhibit #37

To whom it
may concern,

D is carded

Rubber's te
cheese, 3 pair
of hand mit puff
Dis carded! Man

6-13-24

Exhibit #38

Name: Chevy P Singh | DOB: 3/14/1953 | MRN: 1003343956 | PCP: Marc Andrew Salita, MD | Legal Name: Shivsaywack P Singh

## Progress Notes

Dr. M Myer at 9/16/2024  8:00 AM

**Chief Complaint:** follow-up

**HPI:**
Shivsaywack P Singh is a 71 y.o. male here today for follow-up of multiple chronic medical and surgical illnesses, as below. He is working with friends, family, and social work to get into some type of assisted living as he can no longer live on his own.

**PMH:**
**Patient Active Problem List**

| Diagnosis | Code |
| --- | --- |
| • Chronic low back pain | M54.50, G89.29 |
| • Unspecified essential hypertension | I10 |
| • Spinal stenosis in cervical region | M48.02 |
| • Hyperlipidemia LDL goal < 130 | E78.5 |
| • Shoulder pain | M25.519 |
| • B12 deficiency | E53.8 |
| • Insomnia, idiopathic | F51.01 |
| • Primary open angle glaucoma (POAG) of both eyes, mild stage | H40.1131 |
| • Depression, major, single episode, severe (HC) | F32.2 |
| • Traumatic complete tear of left rotator cuff | S46.012A |
| • Bilateral foot-drop | M21.371, M21.372 |

**Relevant SH/FH:**
Unchanged. He continues to smoke. Chevy is currently unable to work .

**ROS:**
Comprehensive review of systems negative in detail unless otherwise noted in HPI.

**Medications:**

Current Outpatient Medications:
• amitriptyline (ELAVIL) 10 mg tablet, Take 1 Tablet (10 mg) by mouth at bedtime., Disp: 60 Tablet, Rfl: 5
• amLODIPine (NORVASC) 5 mg tablet, Take 1 Tablet (5 mg) by mouth once daily., Disp: 90 Tablet, Rfl: 3
• aspirin (ECOTRIN) 81 mg enteric coated tablet, Take 1 Tablet (81 mg) by mouth once daily with a meal., Disp: 100 Tablet, Rfl: 2
• aspirin (ECOTRIN) 81 mg enteric coated tablet, Take 1 Tablet (81 mg) by mouth once daily with a meal., Disp: 30 Tablet, Rfl: 0
• atorvastatin (LIPITOR) 20 mg tablet, Take 1 Tablet (20 mg) by mouth once daily., Disp: 90 Tablet, Rfl: 3
• cyanocobalamin (VITAMIN B12) 1,000 mcg/mL injection, Inject 1 mL (1,000 mcg) intramuscular every 4 weeks., Disp: 3 mL, Rfl: 2
• cyclobenzaprine (FLEXERIL) 10 mg tablet, Take 1 Tablet (10 mg) by mouth three times daily., Disp: 90 Tablet,
• diclofenac topical (V[...] affected area(s) four times daily., Disp: 300 g[...]

**ASSESSMENT/PLAN:**

**1. Spinal stenosis in cervical region**
Chronic issue. Chevy is now experiencing pain from this, as well as inability to function at work or at home. He requests a referral to Twin Cities Spine, where he has previously been a patient, for further assessment and possible treatment.
- AMB SURGERY SPINE; Future
- AMB CONSULT TO OCCUPATIONAL MEDICINE; Future

**2. Bilateral foot-drop**
This, along with his cervical stenosis and chronic shoulder pain, is why he would also like to see an occupational medicine provider through Abbott.

- AMB SURGERY SPINE; Future
- AMB CONSULT TO OCCUPATIONAL MEDICINE; Future

**3. Traumatic complete tear of left rotator cuff, sequela**
He is s/p recent shoulder surgery but it seems he may have re-injured during subsequent falls.
- continue to monitor
- I will support a transition to community living as soon as possible

**4. Chronic pain of both shoulders**
Multifactorial, he has had surgery on both so it isn't clear how much more can be done, other than pain control.
- continue to monitor
- tramadol as needed

Marc J Myer, MD ..................... 9/16/2024   8:25 AM

MyChart® licensed from Epic Systems Corporation © 1999 - 2024

Exhibit #39

Name: Chevy P Singh | DOB: 3/14/1953 | MRN: 1003343956 | PCP: Marc Andrew Salita, MD | Legal Name: Shivsaywack P Singh

## Progress Notes

Dr. R Doohen at 10/9/2024 10:15 AM



## Allina Health

# ORTHOPEDICS
### Allina Health Orthopaedics - Cambridge Medical Center
### Office Visit • Date of Service: 10/9/2024

**PATIENT:** Shivsaywack P Singh
**DOB:** 3/14/1953

### Subjective:

Shivsaywack P Singh is a 71 y.o. male who is seen in follow-up for evaluation of his left shoulder. He is 3.5 months s/p Left shoulder complex arthroscopic rotator cuff repair of the supraspinatus, infraspinatus and subacromial decompression with acromioplasty (DOS 6/27/2024).

His last visit was on 9/11/2024. At that visit, Shivsaywack was diagnosed with lumbar spina stenosis; treatment recommendations consisted of lumbar x-rays, MRI and spine consultation due to poor gait causing falls. Since that time, he ambulates with crutches and wears a helmet due to frequent falls. Both shoulders are hurting him. He had excellent pain relief and function in his right shoulder until a series of falls secondary to BLE weakness and numbness. S/p falls, he has pain and loss of motion and strength in his R UE.

Patient's past medical, surgical, social and family histories are reviewed today and are updated where appropriate.

### Objective

BP 135/82 (Cuff Site: Right Arm, Position: Sitting, Cuff Size: Adult Regular) | Pulse 74 | Wt 54.9 kg (121 lb 1.6 oz) | BMI 20.93 kg/m²
General: healthy, alert, no distress.
Skin: Skin color, texture, turgor normal. No rashes or lesions.
Psych: Alert and oriented for age. Appropriate affect. normal insight and judgment.
Neuro: CN II-XII grossly intact. Sensory and motor exam grossly within normal limits; no focal neurologic deficits are noted.
MSK:

### Left Shoulder
*Inspection:*
  Observation shows no redness, swelling or gross deformity; presence of arthroscopic portals.. Posture: rounded shoulders. Atrophy of the shoulder/scapular region is absent.
*Palpation:*
  Tender about the rotator cuff insertion; no tenderness over the AC joint, biceps tendon, or coracoid. Crepitus is absent
*Active Range of Motion* Page 1 / 2 — Q +  [] Int Rotation: L4
  Forward Flexion: 150
  Scapular dyskinesis is absent.

Upper trapezius substitution is absent with abduction.

*Strength:*
 Supraspinatus 4/5 / ER0 4+/5 / ER90/ Subscapularis 5-/5
*Special Tests:*
 Positive: Hawkins-Kennedy, cross-body Hawkins-Kennedy, Neer's, and Jobe's/empty can
 Negative: Speed's and belly-press (subscap)

Contralateral shoulder:
Right shoulder similar exam

Neck range of motion is limited by stiffness.

**Imaging**

Reviewed MRI findings with patient.

**ASSESSMENT**

1.  **Spinal stenosis, unspecified spinal region**
2.  Traumatic rotator cuff tear, left, initial encounter

**PLAN**

Shivsaywack P Singh is a 71 y.o. male, following up today for his left shoulder s/p rotator cuff repair.

His results are compromised by severe and progressive spinal stenosis. He is not a further rehab or surgical candidate until his spinal stenosis is resolved.

I highly doubt he is going to return to work in any fashion in the next couple years.

Follow up with occupational medicine for final MMI, PPD and evaluation of right shoulder.

I completed work requested paperwork and stated that he is unable to work at this time and the foreseeable future.

Patient requires work restrictions which include:
Unable to work

QRC, was in attendance today. Less than 15 minutes was spent in consultation with the QRC today, reviewing the patient's orthopedic history, physical exam, diagnosis and recommendations. All questions were answered to their satisfaction.

ROBERT DOOHEN, MD    10/9/2024  12:32 PM

MyChart® licensed from Epic Systems Corporation © 1999 - 2024

Exhibit #40

Name: Chevy P Singh | DOB: 3/14/1953 | MRN: 1003343956 | PCP: Marc Andrew Salita, MD | Legal Name: Shivsaywack P Singh

## Progress Notes

### Dr. M Myer at 10/10/2024  9:20 AM
**Chief Complaint: follow-up**

**HPI:**
Shivsaywack P Singh is a 71 y.o. male here today for follow-up of his multiple neurological and orthopedic issues as well as chronic insomnia.

**PMH:**
**Patient Active Problem List**

| Diagnosis | Code |
|---|---|
| • Chronic low back pain | M54.50, G89.29 |
| • Unspecified essential hypertension | I10 |
| • Spinal stenosis in cervical region | M48.02 |
| • Hyperlipidemia LDL goal < 130 | E78.5 |
| • Shoulder pain | M25.519 |
| • B12 deficiency | E53.8 |
| • Insomnia, idiopathic | F51.01 |
| • Primary open angle glaucoma (POAG) of both eyes, mild stage | H40.1131 |
| • Depression, major, single episode, severe (HC) | F32.2 |
| • Traumatic complete tear of left rotator cuff | S46.012A |
| • Bilateral foot-drop | M21.371, M21.372 |

**Relevant SH/FH:**
Here with his friend again today. He continues to live at home and requests a letter supporting a personal care assistant.

**ROS:**
Comprehensive review of systems negative in detail unless otherwise noted in HPI.

**Medications:**

Current Outpatient Medications:
• amitriptyline (ELAVIL) 10 mg tablet, Take 1.5 Tablets (15 mg) by mouth at bedtime., Disp: 90 Tablet, Rfl: 5
• amLODIPine (NORVASC) 5 mg tablet, Take 1 Tablet (5 mg) by mouth once daily., Disp: 90 Tablet, Rfl: 3
• aspirin (ECOTRIN) 81 mg enteric coated tablet, Take 1 Tablet (81 mg) by mouth once daily with a meal., Disp: 100 Tablet, Rfl: 2
• aspirin (ECOTRIN) 81 mg enteric coated tablet, Take 1 Tablet (81 mg) by mouth once daily with a meal., Disp: 30 Tablet, Rfl: 0
• atorvastatin (LIPITOR) 20 mg tablet, Take 1 Tablet (20 mg) by mouth once daily., Disp: 90 Tablet, Rfl: 3
• cyanocobalamin (VITAMIN B12) 1,000 mcg/mL injection, Inject 1 mL (1,000 mcg) intramuscular every 4 weeks., Disp: 3 mL, Rfl: 2
• cyclobenzaprine (FLEXERIL) 10 mg tablet, Take 1 Tablet (10 mg) by mouth three times daily., Disp: 90 Tablet,
• diclofenac topical (V... affected area(s) four times daily., Disp: 300 g,...

Page  1 / 3  —  🔍  +

**ASSESSMENT/PLAN**  ☰ Open ▾

**1. Insomnia, idiopathic**
Patient requests an increase in his amitriptyline (Elavil) for sleep and for chronic pain. This has been working for him but I also don't want to exacerbate his already chronic susceptibility to falls (due to tricyclic antidepressant anticholinergic affects). Will increase just slightly now and monitor.
- amitriptyline (ELAVIL) 10 mg tablet; Take 1.5 Tablets (15 mg) by mouth at bedtime.
Dispense: 90 Tablet; Refill: 5

**2. Chronic midline low back pain without sciatica**
Stable, but this continues to limit his ability to walk, etc.
- as for now, will need to continue treating symptomatically
- with his concurrent severe spinal stenosis, he will have to remain out of work and needs more help at home for activities of daily living
- I provided a letter supporting a personal care assistant and a motorized scooter; I offered to provide prescriptions/orders for these but he was adamant he only needs a letter at this time

**3. Spinal stenosis in cervical region**
Stable, but quite debilitating. Chevy saw orthopedic surgery yesterday about his chronic shoulder pain but nothing can be done about that until this problem has been addressed.

- he has an appointment with neurology tomorrow
- referrals have been made to physical medicine and to neurosurgery so we are also awaiting their input
- follow up in 2 weeks, earlier if needed

Any additional pertinent plans/instructions are as outlined in the **"Patient Instructions"** and/or **"After Visit Summary"** subsections below.

**Patient Instructions**
- let's increase the amitriptyline (Elavil) to 10 mg tablets 1.5 tabs daily for a total of 15 mg per day

Marc J Myer, MD ..................... 10/10/2024   12:22 PM

## Patient Instructions

Dr. M Myer at 10/10/2024  9:20 AM
- let's increase the amitriptyline (Elavil) to 10 mg tablets 1.5 tabs daily for a total of 15 mg per day

MyChart® licensed from Epic Systems Corporation © 1999 - 2024

Exhibit #41

## Progress Notes

Dr. M Salita at 10/17/2024 11:00 AM

Shivsaywack P Singh is a 71 y.o. male here for chief complaint
1. Falls- patient has had multiple falls day since may. He had shoulder surgery 6/27 for left rotator cuff. He was seen at er 8/13/24 and dr doohen 8/14. . seen er 9/10 for a fall, hitting his head and shoulder , he was seen by dr doohen 10/9 for spinal stenosis and not felt to be a surgical candidate.
He was seen by drlux 10/11.  He was recommended to have nursing home.  He has a pca. He has not been able to work. He may need neck surgery. (Per patient) .
He currently has bilateral shoulder pain, frequent urination, headaches
He is wearing a helmet for concussion prevention.  He has been working with a qrc

He had mri of spine 9/20.
1. Transitional lumbar anatomy. Lumbosacral segment is designated S1 is partially lumbarized. Rudimentary S1-2 disc space.
2. Normal alignment. No fractures.
3. Congenitally short pedicles.
4. At T11-12, moderate narrowing of the spinal canal and bilateral neural foramina
5. At L1-2, left paracentral disc protrusion. Mild narrowing of the spinal canal and left neural foramen.
6. At L3-4, moderate to severe narrowing of the spinal canal and bilateral neural foramina. Potential impingement of the L3 nerve roots
7. At L4-5, severe narrowing of the spinal canal. Impingement of the traversing L5 nerve roots. Moderate to severe narrowing of the bilateral neural foramina. Potential impingement of the L4 nerve roots.
8. At L5-S1, severe narrowing of spinal canal. Impingement of the traversing S1 nerve roots. Moderate narrowing of the bilateral neural foramina

CT HEAD BRAIN WO
Result Date: 9/10/2024
No acute intracranial process identified.   Please note that all CT scans at this facility use dose modulation, iterative reconstruction, and/or weight-based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.  Dictated by Kathan Amin,MD @ 9/10/2024 1:40:35 PM  (Electronically Signed)

CT SPINE CERVICAL WO

Result Date: 9/10/2024
No acute or traumatic findings on cervical spine CT.  Please note that all CT scans at this facility use dose modulation, iterative reconstruction, and/or weight-based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.  Dictated by Brittany Albers,MD @ 9/10/2024 1:35:31 PM  (Electronically Signed)

XR SHOULDER 3 VIEWS RIGHT

Result Date: 8/13/2024
No acute findings.   Dictated by Patrick Hanks,MD @ 8/13/2024 10:02:00 AM (Electronically Signed)


Stable, but quite debilitating. Chevy saw orthopedic surgery 10/9/24 (doohen) about his chronic shoulder pain but nothing can be done about that until this problem has been

6. At L3-4, moderate to severe narrowing of the spinal canal and bilateral neural foramina. Potential impingement of the L3 nerve roots
7. At L4-5, severe narrowing of the spinal canal. Impingement of the traversing L5 nerve roots. Moderate to severe narrowing of the bilateral neural foramina. Potential impingement of the L4 nerve roots.
8. At L5-S1, severe narrowing of spinal canal. Impingement of the traversing S1 nerve roots. Moderate narrowing of the bilateral neural foramina

CT HEAD BRAIN WO
Result Date: 9/10/2024
No acute intracranial process identified.   Please note that all CT scans at this facility use dose modulation, iterative reconstruction, and/or weight-based dosing when appropriate to reduce radiation dose to as low as reasonably achievable. Dictated by Kathan Amin,MD @ 9/10/2024 1:40:35 PM  (Electronically Signed)

CT SPINE CERVICAL WO

Result Date: 9/10/2024
No acute or traumatic findings on cervical spine CT.  Please note that all CT scans at this facility use dose modulation, iterative reconstruction, and/or weight-based dosing when appropriate to reduce radiation dose to as low as reasonably achievable. Dictated by Brittany Albers,MD @ 9/10/2024 1:35:31 PM  (Electronically Signed)

XR SHOULDER 3 VIEWS RIGHT

Result Date: 8/13/2024
No acute findings.   Dictated by Patrick Hanks,MD @ 8/13/2024 10:02:00 AM (Electronically Signed)


Stable, but quite debilitating. Chevy saw orthopedic surgery 10/9/24 (doohen) about his chronic shoulder pain but nothing can be done about that until this problem has been

addressed.
- he has an appointment with neurology tomorrow
- referrals have been made to physical medicine and to neurosurgery so we are also awaiting their input
- follow up in 2 weeks, earlier if needed
ncrease the amitriptyline (Elavil) to 10 mg tablets 1.5 tabs daily for a total of 15 mg per day

Extremities- no clubbing, cyanosis ≡ Open ▾

Skin - no rashes.

neck - limited range of motion, no spinal tenderness, + paraspinal tenderness, motor 5/5 normal sensation to light touch

shoulder - bil + pain on abduction, neg crossover, + impingement testing, + pain on resisted internal rotation, + pain on resisted external rotation, neg biceps tendon tenderness

back - from, no spinal/ paraspinal tenderness, negative straight leg raise, motor 5/5 upper, 4/5 lower biL

CNS - cn intact, motor 5/5, dtr 2/4, normal sensation to light touch. + wide based gait

Wrist - from no tenderness, no finkelsteins, pulses 4/4 normal sensation to light touch

ASSESSMENT
1. **Spinal stenosis, = cervical lumbar**
2. Traumatic rotator cuff tear, left, initial encounter
3. Concussion
4. Wrist pains

PLAN
1. Agree with nursing home, Physical Therapy once at nursing home
2. Unable to work
3. Referral dr dr garvey , mehbod
4. Referral to concussion specialist , dr patten
5. Wrist braces
6. Medical supply company for electric scooter

## Patient Instructions

Dr. M Salita at 10/17/2024 11:00 AM

1. Agree with nursing home, Physical Therapy once at nursing home
2. Unable to work
3. Referral dr dr garvey , mehbod
4. Referral to concussion specialist , dr patten
5. Wrist braces
6. Medical supply company for electric scooter

MyChart® licensed from Epic Systems Corporation © 1999 - 2024

Exhibit #42



**MinMor Property and Usage Policy:**

Unless specifically required in connection with the performance of their job duties, MinMor employees are not permitted to remove company property from MinMor's worksite. This includes, but is not limited to, items that have been discarded or damaged, or appear to have been discarded or damaged or no longer have any useful purpose for MinMor, as well as items that have been placed in or near MinMor's trash bins or dumpsters. Any exceptions to this policy must be confirmed in writing by Kevin Grau, Amy Kuhn, or Mark Miner. Failure to comply with this policy will result in disciplinary action, up to and including termination.

I acknowledge my receipt of this policy.

Date: _____    Name: _____

Core Values · Delighting our Customers with Quality, Integrity, Teamwork, Gratitude and Continual Learning

Exhibit #43

M-F 7am - 3pm

## PERSONNEL ACTION NOTICE (Instructions on Back)

**Action Type:**
- New Hire
- Rehire
- Transfer
- Promotion
- Records Change/Correct
- Leave of Absence
- Return from Leave
- Job/Emp Status Change
- Request for Personnel
- Salary Change
- Termination
- Other

Reason Code ___
Reason Code ___
Explain ___

| Effective Date | Employee Name (Last, First, Middle) | Common Name (Chery) | Employee Number |
|---|---|---|---|
| 4-27-20 | Singh    Shivsaywack P | | 205661dc |

| Date of Hire | Home Address / Home Telephone Number | Social Security Number |
|---|---|---|
| 4-27-20 | 2040 - 350th Ave. Hinkley, MN 55037 | |

| Current Job Title | Current Location | Department Code |
|---|---|---|
| Janitorial | Merz | 710 |

**Current Job Status:** Exempt / Non-Exempt Salaried / Hourly    **Current Employment Status:** Full-Time / Part-Time    70C

**Proposed Job Title** | **Proposed Location** | **Proposed Department Code**

**Proposed Job Status:** Exempt / Non-Exempt Salaried / Hourly    **Proposed Employment Status:** Full-Time / Part-Time    60 Day Fva

| Current Rate of Pay | (Circle One) | Proposed Rate of Pay | (Circle One) | PTO Days / Hours (if outside scope of policy) |
|---|---|---|---|---|
| $12.00 | Year/Biweekly/Hourly | | Year/Biweekly/Hourly | |

**For Terminations**
Pro-rated earned PTO to be paid ___
Special Pay Arrangements ___
Eligible for Rehire?  □ Yes  □ No (explain)

**"Additional Information / Comments"**
The first 60 days of employment are considered an evaluation period. Evaluation of attendance and job performance will be taken into account considering an employee for full-time employment. If the above is not satisfactory termination of employment may occur.

Supervisor's Name & Title:

**Human Resources / Payroll Date Entry:**
By: WKOCM
Date: 4/27/2020

| Approval | Date | Approval | Date | Approval | Date |
|---|---|---|---|---|---|
| Supervisor/Manager _(signature)_ | | President | | Human Resources | |

**Budget Status:** □ Budgeted  □ Not Budgeted   **Manpower Status:** □ Addition  □ Replacement   **Date Wanted** ___   **Immediate Supervisor Name & Title**

**Replaces (Name & Title)** ___   **Term/Transfer Date** ___   **To be interviewed by:** ___

**Job Description**  □ New (attached)   □ Revised (attached)   □ No Change (on file)

**Justification for Addition (attach additional sheets if necessary):**

| Approval | Date | Approval | Date | Approval | Date |
|---|---|---|---|---|---|
| Supervisor/Manager | | President | | Human Resources | |

**For Human Resources Use**
□ Monster.com Ad   □ Star Tribune Ad   □ Offer Letter sent   □ Pre-employment Physical   □ Hire Packet Sent   □ IT Advised

Recommended Hiring Range:
From: ___ To: ___

### Personnel Action Notice Instructions

SOF-MS-1026 Personnel Action Notice

Page 1 / 10

Page 1

_(Margin text:)_ Personnel Action    Request for Personnel

Exhibit #44



# Employee notice

| | |
|---|---|
| 1. Employee: **Shivsaywack Singh (Chevy)** | Address: **3040-330ᵗʰ Ave Hinckley MN, 55037** |
| Phone number: **320-279-3571** | Email address: **NA** |
| Date employment began: **4.27.2020** | Employee Number: **205666** |

2. Legal name of employer: **MinMor Industries, LLC**

3. Main office/principal place of business address: **6010 Earle Brown Drive, Brooklyn Center, Minnesota 55430**

| | |
|---|---|
| Phone number: **763-504-5400** | Email address: **wkocon@minmor.com** |

Operating name of employer (if different): dba: **Kidcentive, Mello Smello, Mission Nutrition, Notables, Olympak, Safety Stop**

Mailing address (if different): **6010 Earle Brown Drive, Brooklyn Center, Minnesota 55430**

4. Employment status (exempt or non-exempt):

☐ Employee is exempt from: ☐ minimum wage ☐ overtime ☐ other provisions of Minnesota Statutes 177

Legal basis for exemption:

☒ Employee is non-exempt (entitled to overtime, minimum wage, other protections under Minn. Stat. 177)

5. Rate or rates of pay **$ 15.00**

Paid by: Hour ☒   Shift ☐   Day ☐   Week ☐      Salary ☐   Piece ☐   Commission ☐   Other method ☐

Overtime is owed after: **40 hours per week**

6. Leave benefits available:

☐ Sick leave  ☒ Paid Time Off **(Personal Time Off includes Sick Days and Vacation Days)**

How benefits are accrued: **See Chart Below under Terms of Use for how is PTO Calculated:**

per ☐ year ☐ month ☒ per pay period ☐ per hours worked

Terms of use:  PTO is calculated as follows:

| Start/Hire Date | 1ˢᵗ Partial Year | 1ˢᵗ Full Year | After the 1ˢᵗ Full Year | |
|---|---|---|---|---|
| January – March | 7 days (56 hours) | 14 days (112 hours) | 2 – 6 Years | 15 days (120 hours) |
| April – June | 4 days (32 hours) | 12 days (96 hours) | 7 & 8 Years | 17 days (136 hours) |
| July – September | 1 day (8 hours) | 11 days (88 hours) | 9 & 10 Years | 19 days (152 hours) |
| October – December | No days | 10 days (80 hours) | 11 & 12 Years | 21 days (168 hours) |
| | | | 13 & 14 Years | 23 days (184 hours) |
| | | | 15 + Years | 25 days (200 hours) |

**7.** Deductions that may be made from employee's pay and amounts:
   **(Medical, Dental, Vision, LTD/STD, Life, 401K, 401K Loans, Child Support, Garnishments, Levy's)**

**8.** Number of days in the pay period. **10 Days**          Regularly scheduled payday: **Friday**

Date employee will receive first payment of wages earned: **June 17ᵗʰ, 2022**

**9.** Other information relevant to this position: Rate change effective **5.30.2022**          **Prior rate $12.00**

Hours to work – Monday thru Friday 6:00 am to 2:00 pm     **Job Title – Janitorial**

**Job Location – Mora**          **Department Code - 710**

I, the employee, have received a copy of this notice:  ☒ Yes    ☐ No

| Employer signature | Date | Employee signature | Date |
|---|---|---|---|
| *Amy Kuhn* | 6/20/22 | *S P Singh* | 6-20-22 |

82

Exhibit #45

EFFECTIVE
w/ 1/27/2023
PAYROL

| Action Type: | | | | |
|---|---|---|---|---|
| ☐ New Hire | ☐ Promotion | ☐ Return from Leave | Salary Change | Reason Code dest change |
| ☐ Rehire | ☐ Records Change/Correct | X Job/Emp Status Change | ☐ Termination | Reason Code _____ |
| ☐ Transfer | ☐ Leave of Absence | ☐ Request for Personnel | ☐ Other | Explain _____ |

| Effective Date | Employee Name (Last, First, Middle) | | Common Name | Employee Number |
|---|---|---|---|---|
| 1.8.2023 | Shivsaywach    Sigh | | (Chevy ) | 205666 |

| Date of Hire | Home Address / Home Telephone Number | Social Security Number |
|---|---|---|
| 4.27.2020 | 3040-330th Ave <br> Hinckley MN.55037 | |

| Current Job Title | Current Location | Department Code |
|---|---|---|
| Janitorial | Mora | 710 |

| Current Job Status | | | Current Employment Status | | | ☐ TOC |
|---|---|---|---|---|---|---|
| ☐ Exempt | ☐ Non-Exempt Salaried | x Hourly | X Full-Time | ☐ Part-Time | X Days | ☐ Nights |

| Proposed Job Title | Proposed Location | Proposed Department Code |
|---|---|---|
| Folding/Gluing packer | Mora | 564 |

| Proposed Job Status | | | Proposed Employment Status | |
|---|---|---|---|---|
| ☐ Exempt | ☐ Non-Exempt Salaried | • Hourly | • Full-Time | ☐ Part-Time |

| Current Rate of Pay $15.00 | Proposed Rate of Pay $18.00 | PTO Days / Hours (if outside scope of policy) |
|---|---|---|
| Previous Increase Date <br> Increase Amount/Percentage: | Proposed Increase Amount/Percentage | |

| For Terminations | **Additional Information / Comments** | Human Resources / Payroll Data Entry: |
|---|---|---|
| Pro-rated earned PTO to be paid: _____ <br><br> Special Pay Arrangements: _____ <br><br> Eligible for Rehire?  ☐ Yes  ☐ No (explain) | The first 60 days of employment are considered an evaluation period. Evaluation of attendance and Job performance will be taken into account considering an employee for full-time employment. If the above is not satisfactory termination of employment may occur. <br><br> Supervisor Signature: | By WKCCM <br><br> 1/8/2023 <br> Date _____ |

| Approval | Date | Approval | Date | Approval | Date |
|---|---|---|---|---|---|
| | | General Manager | | CEO | |
| Manager       1 9 2023 | | | | | |

| Budget Status | Manpower Status | Date Wanted | Immediate Supervisor Name & Title |
|---|---|---|---|
| ☐ Budgeted  ☐ Not Budgeted | ☐ Addition  ☐ Replacement | | |

| Replaces (Name & Title) | Term/Transfer Date | To be interviewed by |
|---|---|---|
| | | |

| Job Description | ☐ New (attached) | ☐ Revised (attached) | ☐ No Change (on file) |
|---|---|---|---|

Justification for Addition (attach additional sheets if necessary)

| Approval | Date | Approval | Date | Approval | Date |
|---|---|---|---|---|---|
| Supervisor Manager | | President | | Human Resources | |

| For Human Resources Use | | | |
|---|---|---|---|
| ☐ Star Tribune Ad | ☐ Offer Letter sent | ☐ Hire Packet Sent | ☐ IT Advised |

Recommended Hiring Range
From _____ To: _____

Page    9 / 10    🔍  +



# MET

## Senior Service of America
## and
## Motivation Education & Training, Inc.
### proudly recognize

# Shivsaywack Singh

as an

## Outstanding SCSEP Veteran
## Service to the Community

for partnering with the Senior Community Service Employment Program and providing community service and other opportunities that enrich and transform the lives of older adults.

Donnette Sears
SCSEP Project Director

Cindy Labonzot
SCSEP Operations Manager

Sherry Black
SCSEP Program Services Specialist

Kathy Quillard
SCSEP Coordinator

Exhibit #46

Exhibit #47



Paragraph #23

The ulterior motive for the company is to provoke the plaintiff into a confrontation in which the plaintiff would then be fired for behavioral problem, or for stealing, instead of stating that they fired the plaintiff because of any protected class, or for filing a workman comp claim, or for retaliating when the plaintiff filed an EEOC claim. The plaintiff was in fear throughout each and every one of these situations for the plaintiffs life, never knowing if the plaintiff would be in jail or murdered with the ganging up from the handful of white employees and white management who were discriminating against people just like Emmet Till.

COUNTS #1-10

Count #1:

Violations of 42 U.S.C 1964, American Disability Act, Minnesota Human Rights
The plaintiff alleges and re-alleges through paragraph 1 through the end #25 discriminated against the defendant on the account of the plaintiff's race, his age, his national origin, his disabilities. They required the defendant to get medical papers specifically to bring occupational therapist to be brought, and to pay, when the plaintiff had no injury at work, never called off work due to any injury, the new hires never required to meet those demands

Count #2 :

The defendant took away the parking privileges, though he has a disability and bilateral dropfeet, taking away with the snow and ice settings to prevent falls, see doctors report for conditions
When the other workers with no disabilities allowed to park anywhere closer because of being white.

Count #3:

Did nothing at all to the white workers, all they put down was a verbal confrontation, they should know better, not just put a confrontation, but to be specific, instead they tried to hide it, continue to bully plaintiff, sending the plaintiff to keep going back to work, up until the last workday still continued to be bullied and accused of stealing, and followed all the time, humiliated all the time over and over again, Lee Kasppeson talk to Mark Miner, and still nothing was done, the guy discriminated, taking away the medical equipment
Count #4:

Defendant Amy Kuhnz and management secretly removed the items for over two months without justifiable cause, no one had reported any items stolen, no accusations, no evidence whatsoever. The plaintiff never took anything without asking. If there were any rules or regulations, a supervisor never would have never given anything away. It has been going on for years, and the plaintiff only takes a few items, and gives it away to the farmers.

Count #5:

Plaintiff was found guilty, and they defendants were already making up their mind, they conspired to defame the plaintiff, thiefing the items, telling other workers about it, Defendant acted with reckless disregard for the defendant medical braces, his medical glasses, personal items, he should have known that his actions would violate the plaintiff, and his Federal and State rights. The plaintiff is under a protected class, age, race, disability. Because of the recklessness the plaintiff has suffered irreparable harm, will constantly have surgery, falling, his whole life is changed. The foot can no longer be fixed even with the braces on. The plaintiff will have to go to assisted living, and have to use electric scooters, the whole works, be constantly monitored and cared for, having all kinds of medical bills, the defendant in violation of American Disability. Demoting the defendant  and putting him in situations against his medical restrictions, what were the defendants thinking. The plaintiff had to endure great pains and will continue to suffer great pains. Defendant further conspired to hide the paint, because they felt the plaintiff was stealing the paint. The paint was found under Lee Kaspersons desk, Michelle Nelson saw this. Furthermore, cameras were placed and put up. As a result of the employer's actions they subjected the plaintiff in violation of Minnesota human rights act. As a result of the malicious and consorting actions by the defendant, the plaintiff is entitled to punitive damages. The defendant butchered, withheld files and information, the warnings given by Amy Kuhnz of property theft and other violations.  Further withholding the truth, all over a verbal confrontation, cannot be the only issue, who said what, who done what? Witnesses, no investigation, only seal it because the guy is white, it is a shield and cover up. Nothing at all that describes any actions against any of these white

individuals. Squeezing the air out of the hand, and firing when the person has no authority to do that, no report of anything. The defendants know, they are white and privileged, can do anything and nothing will happen. They know their actions are sanctioned without consequences. The battery and assaults, inflicted fear into the plaintiff. The camera was put primarily to capture and discriminate against the plaintiff. The part where the defendants are friends know each other and can not be afraid. The only person of color is treated inhumane. The papers regarding confrontation don't even list a name, nor a follow-up. Julian Gray and Lee Kasperin are neighbors and friends.

### Count #6
Defendants will incur thousands of dollars in medical expenses of the plaintiff as a result of the defendant's negligent actions. The plaintiff will need to be paid out hundreds of thousands of dollars in healthcare costs, and we do not know what the current cost is at this time, Without exact dollar amounts. Emotional distresses, as the costs continue to rise as we will prove to the trial of facts.

Count #7 The defendants continued to write up the plaintiff up, yet continued to ask the plaintiff to do tasks before putting a new hire, or another individual, they subjected the plaintiff to be demoted constantly to an area, where they hired new people but didn't have them do any tasks with less seniority, they intentionally forced the plaintiff to get by without paying compensation, once the Janitor Carly was no longer employed, they continued not to seek any hiring for the role and made light of the situation with an elderly disabled individual

### Count#8
Even with meetings with Wendy Kocoon, wanted to get documents from the doctors to remove the restrictions, absolutely the doctors did not remove any restrictions. Amy approached the Plaintiff over a month plus before the operation, and then pretended she did not know anything at all, even though she asked are you still having the operation, because workmans comp is not going to pay for it. Five weeks later the workmans comp sent a letter denying and a week later, even their own private doctors upheld the injury of workmans comp to their own independent doctors are going to pay for the injury. The missing braces that Lee Kasperson threw out contributed to all of the falling without braces, and further shoulder damage to the workmans comp injury, additional damages to the back and head injuries and other areas because a lifetime of falling and can no longer be fixed with the permanent damage. Plaintiff has to see more neurologists, operations, and therapeutic and additional medical providers.

### Count#9
Mr. Mark Miner the president, John Miner the owner and Kim Miner are responsible for the conduct of all employees beneath them in the company. The only thing Mark did was come and give warning, and then went back to the people and said the plaintiff was stealing. When Discovery is done, you will see other employees have taken discarded stuff, not stolen, and not given any written ups, only the plaintiff even with permission was singled out based on protected classes, the company has double standards, in which only white people benefit and separation of colored people.

### Count#10
The Plaintiff reserves the right to add names, and modify the complaint for claims during discovery. The plaintiff

WHEREFORE

PRAYER OF RELIEF

TO WHOM:

The plaintiff is seeking compensatory and punitive damages to be determined by a mixed jury.

The plaintiff is entitled to recovery of attorney fees and under reasonable court costs under 42 U.S.C 1988.

The plaintiff is asking the court for all other damages that the plaintiff maybe entitled to

The plaintiff is asking for an injunction for engaging in such unlawful practices

Sincerely
Shivsaywack P. Singh _____          Date:_____
Pro Se
Mailing address;  3040, 330th Ave, Hinckley, MN. 55037
Telephone Number; (320)-279-3571

Notary of Public: _____          Date:_____

The information provided to the best of my knowledge is truthful and not in violation of perjury
I declare that the information is true under the best of my knowledge, perjury by law